1  **GUTRIDE SAFIER LLP**
   ADAM J. GUTRIDE (State Bar No. 181446)
2  SETH A. SAFIER (State Bar No. 197427)
   MARIE MCCRARY (State Bar No. 262670)
3  KRISTEN G. SIMPLICIO (State Bar No. 263291)
4  835 Douglass Street
   San Francisco, California 94114
5  Telephone: (415) 639-9090
   Facsimile:  (415) 449-6469
6
7  Attorneys for Plaintiff, SCOTT KOLLER

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

| SCOTT KOLLER, an individual, on behalf of himself, the general public and those similarly situated, | CASE NO. 3:14-cv-02400-RS |
|---|---|
| Plaintiff, | ORDER<br>STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS<br>PURSUANT TO L.R. 6-1(a) |
| v. | |
| DEOLEO USA, INC.; and MED FOODS, INC., | |
| Defendants. | |

-1-

1   **WHEREAS,** on July 17, 2014, Defendants Deoleo USA Inc. and Med Foods, Inc.
2   (collectively, "Defendants") filed a Motion to Dismiss and a Request for Judicial Notice (dkt. #
3   14);
4      **WHEREAS**, Plaintiff's current deadline to respond is set for July 31, 2014 and
5   Defendants' reply in support of its Motion to Dismiss is due August 7, 2014;
6      **WHEREAS,** the hearing on the Motion will be held September 11, 2014 per an
7   agreement between the parties but no other adjustments to the briefing schedule were made;
8      **WHEREAS**, the parties need additional time to complete their briefs in light of the
9   number of issues raised in Defendants' motion;
10     **WHEREAS,** pursuant to Local Civil Rule 6-1(b), a Court order is necessary to extend the
11  briefing schedule;
12     **WHEREAS,** the postponement will not impact any other scheduled dates;
13     **WHEREAS**, no other time modifications have been requested on this motion;
14     **NOW, THEREFORE, IT IS STIPULATED**, by and between the undersigned parties,
15  through their respective counsel of record, pursuant to Rule 6 and Local Civil Rules 6-1(b) and
16  2(a), as follows:

18  Plaintiff's Opposition                     August 14, 2014
19  Defendants' Reply                          August 28, 2014

21       STIPULATED AND AGREED:

23  Dated: July 24, 2014
                                               __/s/ Kristen G. Simplicio_____
24                                             Adam J. Gutride
                                               Seth A. Safier
25                                             Kristen G. Simplicio
                                               GUTRIDE SAFIER LLP
26                                             835 Douglass Street
27                                             San Francisco, California 94114

28                                             Attorneys for Plaintiff

Dated: July 24, 2014

    /s/ Stephanie A. Stroup
Stephanie A. Stroup
FULBRIGHT & JAWORSKI LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Attorneys for Deoleo USA, Inc. (f/k/a Med Foods, Inc.)

Pursuant to Local Civil Rule 6-2(a), and **GOOD CAUSE APPEARING THEREFOR**, the stipulated briefing schedule set forth above is hereby adopted.

**IT IS SO ORDERED**.

DATED: 7/24/14

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

-2-