1  **GUTRIDE SAFIER LLP**
   ADAM J. GUTRIDE (State Bar No. 181446)
2  SETH A. SAFIER (State Bar No. 197427)
   MARIE MCCRARY (State Bar No. 262670)
3  KRISTEN G. SIMPLICIO (State Bar No. 263291)
4  835 Douglass Street
   San Francisco, California 94114
5  Telephone: (415) 639-9090
   Facsimile: (415) 449-6469
6
7  Attorneys for Plaintiff, SCOTT KOLLER

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO

11

12 | SCOTT KOLLER, an individual, on behalf of   | CASE NO. 3:14-CV-02400-RS
   | himself, the general public and those similarly |
13 | situated,                                    | **ERRATA TO COMPLAINT**
14 |     Plaintiff,                               |
15 |            v.                                |
16 |                                              |
   | DEOLEO USA, INC.; and MED FOODS,             |
17 | INC.,                                        |
18 |     Defendants.                              |

19
20
21
22
23
24
25
26
27
28

Please take notice that Plaintiff Scott Koller hereby files this Notice of Errata with respect to his Complaint, filed May 23, 2014. Paragraphs 19 and 20 of the complaint should read as follows:

19. This case concerns Defendants' marketing and sale of their Bertolli and Carapelli brand olive oil products. The specific products as issue in this case are:

    a. Bertolli Extra Virgin Olive Oil;
    b. Bertolli Organic Extra Virgin Olive Oil;
    c. Bertolli Classico Olive Oil;
    d. Bertolli Extra Light Tasting Olive Oil;
    e. Carapelli Il Numerato Extra Virgin Olive Oil;
    f. Carapelli Organic Extra Virgin Olive Oil;
    g. Carapelli Extra Light in Taste Olive Oil; and
    h. Carapelli Extra Virgin Olive Oil.

These products are collectively referred to as the "Mock Italian Products" or simply the "Products."

20. The subset of the Products that are marketed and sold as "Extra Virgin Olive Oil"—namely those listed in subparagraphs (a), (b), (h)—are collectively referred to herein as the "Mock EVOO Products."

Dated: August 14, 2014

**GUTRIDE SAFIER LLP**

Adam J. Gutride, Esq.
Seth A. Safier, Esq.
Marie A. McCrary, Esq.
Kristen G. Simplicio, Esq.
835 Douglass Street
San Francisco, California 94114

Attorneys for Plaintiff