United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT KOLLER,

    Plaintiff,

v.

MED FOODS, INC., et al.,

    Defendants.

Case No. 14-cv-02400-RS

**ORDER RESETTING BRIEFING SCHEDULE AND HEARING DATE**

The parties report that their further meet and confer efforts to reach agreement as to a schedule for briefing and hearing plaintiffs' motion for class certification have been unsuccessful. Without endorsing defendant's assertions as to the scope of discovery that may be necessary to prepare an opposition, there has been an adequate showing that the nature of this motion warrants a more protracted briefing schedule than that provided by default in the local rules, and it has been the expectation since the time of the case management conference that the parties would reach an appropriate agreement providing for such. In light of the parties' failure to reach an agreement, and given upcoming holidays and other scheduling issues, the following schedule will be set:

Opposition due: January 14, 2016

Reply due: February 4, 2016

Hearing: February 18, 2016

1  **IT IS SO ORDERED**.

3  Dated: November 12, 2015

_____
RICHARD SEEBORG
United States District Judge