UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KOLLER,<br><br>             Plaintiff,<br><br>     v.<br><br>MED FOODS, INC., et al.,<br><br>             Defendants. | Case No. 14-cv-02400-RS<br><br>**ORDER LIFTING STAY** |

The previously-entered stay of this action is hereby lifted.  Plaintiff may renew his motion for class certification by filing a notice of hearing pursuant to the ordinary timing set out in Civil Local Rule 7-2, with opposition and reply to follow as provided in Rule 7-3.  Plaintiff may incorporate his prior moving papers by reference, and may include a supplemental brief, not to exceed 10 pages, addressing any new facts or law that may have emerged since the original filing. The parties may stipulate to an extended briefing schedule, and shall engage in good faith meet and confer negotiations regarding such a schedule in the event defendants believe additional time is necessary.

**IT IS SO ORDERED**.

Dated: January 19, 2017

_____
RICHARD SEEBORG
United States District Judge