**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
MARIE MCCRARY (State Bar No. 262670)
KRISTEN G. SIMPLICIO (State Bar No. 263291)
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

Attorneys for Plaintiff, SCOTT KOLLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KOLLER, an individual, on behalf of himself, the general public and those similarly situated,<br><br>    Plaintiff,<br><br>            v.<br><br>DEOLEO USA, INC.; and MED FOODS, INC.,<br><br>    Defendants. | CASE NO. 3:14-cv-02400-RS<br><br>ORDER<br>**STIPULATION TO EXTEND BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

-1-

1    **WHEREAS**, on October 29, 2015 Plaintiff Scott Koller ("Plaintiff") filed his Motion for

2    Class Certification (Dkt. Nos. 61-62), and further briefing was not completed as the case was

3    stayed on December 14, 2015 (Dkt. No. 79);

4    **WHEREAS**, on January 19, 2017, this Court lifted the stay (Dkt. No. 90);

5    **WHEREAS**, on January 20, 2017, Plaintiff filed his Renewed Notice of Motion for Class

6    Certification (Dkt. No. 93);

7    **WHEREAS**, Defendant's current deadline to respond is set for February 3, 2017 and

8    Plaintiffs' reply in support of his Motion for Class Certification is currently due February 10,

9    2017;

10    **WHEREAS**, the hearing on Plaintiff's motion for class certification is currently set for

11    March 2, 2017 at 1:30 p.m.;

12    **WHEREAS**, the parties need additional time to complete their briefs and conduct any

13    relevant depositions;

14    **WHEREAS,** Defendants shall make their expert witnesses available for deposition no

15    later than March 17, 2017 unless otherwise agreed by Plaintiffs' counsel;

16    **WHEREAS,** Defendants agree not to seek further continuance of this schedule for any

17    reason, including, but not limited to, reasons stemming from the dispute over the letter of request

18    to Wagga Wagga Agricultural Institute, inability to complete discovery from Plaintiff and/or his

19    experts, unavailability of witnesses, and unavailability of counsel;

20    **WHEREAS,** pursuant to Local Civil Rule 6-1(b), a Court order is necessary to extend the

21    briefing schedule;

22    **WHEREAS,** the postponement will not impact any other scheduled dates;

23    **WHEREAS**, no other time modifications have been requested since the Court lifted the

24    stay;

25    **NOW, THEREFORE, IT IS STIPULATED**, by and between the undersigned parties,

26    through their respective counsel of record, pursuant to Rule 6 and Local Civil Rules 6-1(b) and

27    2(a), as follows:

28

1   Defendant's Opposition                March 2, 2017

2   Plaintiff's Reply                     March 30, 2017

3   Hearing Date                          April 13, 2017 at 1:30 p.m.

4          STIPULATED AND AGREED:

5

6   Dated: February 1, 2017

7                                    _/s/ Kristen G. Simplicio_____
                                     Adam J. Gutride
8                                    Seth A. Safier
                                     Kristen G. Simplicio
9                                    GUTRIDE SAFIER LLP
                                     100 Pine Street, Suite 1250
10                                    San Francisco, California 94111

11                                    Attorneys for Plaintiff

12  Dated: February 1, 2017

13                                    __/s/ Stephanie A. Stroup_____
                                     Stephanie A. Stroup
14                                    FULBRIGHT & JAWORSKI LLP
                                     555 South Flower Street, Forty-First Floor
15                                    Los Angeles, California 90071
                                     Attorneys for Deoleo USA, Inc. (f/k/a Med Foods,
16                                    Inc.)

17

18

19         Pursuant to Local Civil Rule 6-2(a), and **GOOD CAUSE APPEARING THEREFOR**,

20  the stipulated briefing schedule set forth above is hereby adopted.

21         **IT IS SO ORDERED**.

22

23  DATED:  _2/1/17_____

24                                    _____
                                     THE HONORABLE RICHARD SEEBORG
25                                    UNITED STATES DISTRICT JUDGE

26

27

28