**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
KRISTEN G. SIMPLICIO (State Bar No. 263291)
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

**TYCKO & ZAVAREEI LLP**
HASSAN A. ZAVAREEI (State Bar No. 181547)
JEFFREY D. KALIEL (State Bar No. 238293)
2000 L Street, N.W., Suite 808
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

Attorneys for Plaintiff SCOTT KOLLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| SCOTT KOLLER, an individual, on behalf of himself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MED FOODS, INC., AND DEOLEO USA, INC.<br><br>Defendants. | CASE NO. 3:14-CV-2400-RS<br><br>UNLIMITED CIVIL CASE<br><br>NOTICE REGARDING SUBMITTED MATTER<br><br>Hon. Judge Richard Seeborg |

Pursuant to Local Rule 7-13, Plaintiff asks that this Court take notice that the matter of Plaintiff's Motion for Class Certification (dkt. ## 61, 62, 93, 105, 107, 108) remains under submission. Oral argument was held, and the motion was taken under submission, on April 13, 2017.

Respectfully submitted,

Dated: August 15, 2017              **GUTRIDE SAFIER LLP**

By: /s/ Kristen Simplicio
Adam J. Gutride
Seth A. Safier
Kristen G. Simplicio
100 Pine Street, Suite 1250
San Francisco, California 94111

1