**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
KRISTEN G. SIMPLICIO (State Bar No. 263291)
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Attorneys for Plaintiff, SCOTT KOLLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT KOLLER, an individual, on behalf of himself, the general public and those similarly situated,

Plaintiff,

v.

DEOLEO USA, INC.; and MED FOODS, INC.,

Defendants.

CASE NO. 3:14-cv-02400-RS

ORDER

STIPULATION TO CONTINUE CASE DEADLINES PENDING CONTINUED SETTLEMENT NEGOTIATIONS

WHEREAS, on November 6, 2017, the Parties participated in a private mediation before The Honorable Edward A. Infante (Ret.);

WHEREAS, the Parties were able to make progress on several key settlement terms during the course of the mediation;

WHEREAS, the Parties believe that they will benefit from continued settlement negotiations and are nearing resolution of the case;

WHEREAS, in the near term, Plaintiff is required to submit a reply in support of his motion for partial summary adjudication on November 14, 2017 and a hearing on the motion is currently scheduled for December 6, 2017;

WHEREAS, the parties are also scheduled to appear at a case management conference on December 7, 2017;

WHEREAS, the Parties believe it would be better to conserve time and resources continuing to negotiate a settlement and finalizing a written settlement agreement if they reach agreement on the material terms;

WHEREAS, pursuant to Local Civil Rule 6-1(b), a Court order is necessary to extend the briefing schedule;

WHEREAS, the postponement will not impact any other scheduled dates;

WHEREAS, only one other time modification has been requested on this motion;

NOW, THEREFORE, IT IS STIPULATED, by and between the undersigned parties, through their respective counsel of record, pursuant to Rule 6 and Local Civil Rules 6-1(b) and 2(a), that Plaintiff shall file his reply in support of his motion for partial summary judgment on December 21, 2017, and the parties shall appear on January 4, 2018 at 1:30 for the hearing on that motion and the case management conference.

STIPULATED AND AGREED:

Dated: November 15, 2017

/s/ Kristen G. Simplicio
Adam J. Gutride
Seth A. Safier
Kristen G. Simplicio
GUTRIDE SAFIER LLP
100 Pine Street, Suite 1250
San Francisco, California 94111

Attorneys for Plaintiff

Dated: November 15, 2017

/s/ Jeffrey Margulies
Jeffrey Marguiles
NORTON ROSE & FULBRIGHT LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Attorneys for Defendant
Deoleo USA, Inc.

Pursuant to Local Civil Rule 6-2(a), and **GOOD CAUSE APPEARING THEREFOR**, the stipulated schedule set forth above is hereby adopted.

**IT IS SO ORDERED**.

DATED: 11/15/17

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE