**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
KRISTEN G. SIMPLICIO (State Bar No. 263291)
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Attorneys for Plaintiff, SCOTT KOLLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KOLLER, an individual, on behalf of himself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEOLEO USA, INC.; and MED FOODS, INC.,<br><br>Defendants. | CASE NO. 3:14-cv-02400-RS<br><br>ORDER<br>STIPULATION TO CONTINUE CASE DEADLINES PENDING CONTINUED SETTLEMENT NEGOTIATIONS |

WHEREAS, the Parties continue to make progress in the settlement discussions previously described to this Court on November 15, 2017 (dkt. # 129);

WHEREAS, the Parties believe that they will benefit from continued settlement negotiations;

WHEREAS, in the near term, Plaintiff is required to submit a reply in support of his motion for partial summary adjudication on December 21, 2017;

WHEREAS, the Parties believe it would be better to conserve time and resources continuing to negotiate a settlement and finalizing a written settlement agreement if they reach agreement on the material terms;

WHEREAS, on December 18, 2017, the Court continued the January 4, 2018 hearing and case management conference to January 25, 2018; a hearing on the motion is currently scheduled for 1:30 p.m. on January 4, 2018 (dkt. ## 133, 134);

WHEREAS, pursuant to Local Civil Rule 6-1(b), a Court order is necessary to extend the briefing schedule;

WHEREAS, the postponement will not impact any other scheduled dates;

WHEREAS, only two other time modifications have been requested on this motion;

NOW, THEREFORE, IT IS STIPULATED, by and between the undersigned parties, through their respective counsel of record, pursuant to Rule 6 and Local Civil Rules 6-1(b) and 2(a), that Plaintiff shall file his reply in support of his motion for partial summary judgment on February 1, 2017, and the parties shall appear on ~~February 15~~ March 1, at 1:30 p.m. for the hearing on that motion and the case management conference.

STIPULATED AND AGREED:

Dated: December 19, 2017

    /s/ Kristen G. Simplicio
Adam J. Gutride
Seth A. Safier
Kristen G. Simplicio
GUTRIDE SAFIER LLP
100 Pine Street, Suite 1250
San Francisco, California 94111

|     |                                                                                  |
| --- | -------------------------------------------------------------------------------- |
| 1   | Attorneys for Plaintiff                                                          |
| 2   | Dated: December 19, 2017                                                         |
| 3   |   /s/ Jeffrey Margulies                                                |
|     | Jeffrey Marguiles                                                                |
| 4   | NORTON ROSE & FULBRIGHT LLP                                                      |
|     | 555 South Flower Street, Forty-First Floor                                       |
| 5   | Los Angeles, California 90071                                                    |
|     | Attorneys for Defendant                                                          |
| 6   | Deoleo USA, Inc.                                                                 |

Pursuant to Local Civil Rule 6-2(a), and **GOOD CAUSE APPEARING THEREFOR**, the stipulated schedule set forth above is hereby adopted.

**IT IS SO ORDERED**.

DATED: 12/20/17

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE