1  **GUTRIDE SAFIER LLP**
   ADAM J. GUTRIDE (State Bar No. 181446)
2  SETH A. SAFIER (State Bar No. 197427)
   KRISTEN G. SIMPLICIO (State Bar No. 263291)
3  100 Pine Street, Suite 1250
4  San Francisco, California 94111
   Telephone: (415) 639-9090
5  Facsimile:  (415) 449-6469

6  Attorneys for Plaintiff, SCOTT KOLLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KOLLER, an individual, on behalf of himself, the general public and those similarly situated,<br><br>    Plaintiff,<br><br>            v.<br><br>DEOLEO USA, INC.; and MED FOODS, INC.,<br><br>    Defendants. | CASE NO. 3:14-cv-02400-RS<br><br>ORDER<br>STIPULATION TO CONTINUE CASE DEADLINES PENDING CONTINUED SETTLEMENT NEGOTIATIONS |

WHEREAS, the Parties continue to make progress in the settlement discussions previously described to this Court on November 15, 2017 (dkt. # 129), December 19, 2017 (dkt. # 135), and February 5, 2018 (dkt. # 137);

WHEREAS, the Parties believe that they will benefit from continued settlement negotiations;

WHEREAS, in the near term, Plaintiff is required to submit a reply in support of his motion for partial summary adjudication on February 16, 2018 and the hearing on that matter is currently scheduled for March 1, 2018;

WHEREAS, the Parties believe it would be better to conserve time and resources continuing to negotiate a settlement and finalizing a written settlement agreement if they reach agreement on the material terms;

WHEREAS, pursuant to Local Civil Rule 6-1(b), a Court order is necessary to extend the date for lodging the reply and continuing the hearing;

WHEREAS, the postponement will not impact any other scheduled dates;

WHEREAS, four other time modifications have been requested on this motion;

NOW, THEREFORE, IT IS STIPULATED, by and between the undersigned parties, through their respective counsel of record, pursuant to Rule 6 and Local Civil Rules 6-1(b) and 2(a), that Plaintiff shall file his reply in support of his motion for partial summary judgment on March 8, 2018, and the parties shall appear on March 22, at 1:30 p.m. for the hearing on that motion and the case management conference.

STIPULATED AND AGREED:

Dated: February 16, 2018

    /s/ Kristen G. Simplicio
Adam J. Gutride
Seth A. Safier
Kristen G. Simplicio
GUTRIDE SAFIER LLP
100 Pine Street, Suite 1250
San Francisco, California 94111

Attorneys for Plaintiff

Dated: February 16, 2018

    /s/ Jeffrey Margulies
Jeffrey Margulies
NORTON ROSE & FULBRIGHT LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Attorneys for Defendant
Deoleo USA, Inc.

Pursuant to Local Civil Rule 6-2(a), and **GOOD CAUSE APPEARING THEREFOR**, the stipulated schedule set forth above is hereby adopted.

**IT IS SO ORDERED**.

DATED: 2/20/18

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE