**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
KRISTEN G. SIMPLICIO (State Bar No. 263291)
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Attorneys for Plaintiff, SCOTT KOLLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KOLLER, an individual, on behalf of himself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEOLEO USA, INC.; and MED FOODS, INC.,<br><br>Defendants. | CASE NO. 3:14-cv-02400-RS<br><br>ORDER<br>STIPULATION TO CONTINUE CASE DEADLINES PENDING CONTINUED SETTLEMENT NEGOTIATIONS |

WHEREAS, the Parties continue to make progress in the settlement discussions previously described to this Court on November 15, 2017 (dkt. # 129), December 19, 2017 (dkt. # 135), February 5, 2018 (dkt. # 137), and February 20, 2018 (dkt. # 140);

WHEREAS, the Parties believe that they will benefit from continued settlement negotiations;

WHEREAS, in the near term, Plaintiff is required to submit a reply in support of his motion for partial summary adjudication on March 8, 2018 and the hearing on that matter is currently scheduled for March 15, 2018;

WHEREAS, the Parties believe it would be better to conserve time and resources continuing to negotiate a settlement and finalizing a written settlement agreement if they reach agreement on the material terms;

WHEREAS, pursuant to Local Civil Rule 6-1(b), a Court order is necessary to extend the date for lodging the reply and continuing the hearing;

WHEREAS, the postponement will not impact any other scheduled dates;

WHEREAS, fiveother time modifications have been requested on this motion;

NOW, THEREFORE, IT IS STIPULATED, by and between the undersigned parties, through their respective counsel of record, pursuant to Rule 6 and Local Civil Rules 6-1(b) and 2(a), that Plaintiff shall file his reply in support of his motion for partial summary judgment on March 29, 2018, and the parties shall appear on April 12, at 1:30 p.m. for the hearing on that motion and the case management conference.

STIPULATED AND AGREED:

Dated: March 8, 2018

    /s/ Kristen G. Simplicio
Adam J. Gutride
Seth A. Safier
Kristen G. Simplicio
GUTRIDE SAFIER LLP
100 Pine Street, Suite 1250
San Francisco, California 94111

Attorneys for Plaintiff

Dated: March 8, 2018

    /s/ Jeffrey Margulies
Jeffrey Margulies
NORTON ROSE & FULBRIGHT LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Attorneys for Defendant
Deoleo USA, Inc.

Pursuant to Local Civil Rule 6-2(a), and **GOOD CAUSE APPEARING THEREFOR**, the stipulated schedule set forth above is hereby adopted.

**IT IS SO ORDERED**.

DATED: 3/9/18

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE