# Appendix A

| | Must Consumers Provide Pre-Suit Notice? | Does the Statute Permit Consumers to Sue for Any Deceptive Practice or Only Enumerated Prohibited Deceptive Practices? | What Are The Reliance Requirements? | Are Knowledge and Intent Required? | Can Consumers Seek to Enjoin Deceptive Practices? | Can Consumers Obtain Monetary Relief? | Can Class Action Consumers Seek Per-Violation Statutory Damages? | Can Class Action Consumers Seek Additional Damages Upon a Showing of Willfullness, Knowledge, and/or Recklessness? |
|---|---|---|---|---|---|---|---|---|
| Alabama | Yes | Broad | Undecided | No | No | Yes | No | Judicial discretion |
| Alaska | No | Broad | Not required | No | Yes | Yes | Greater of $500 or treble for violation | No |
| Arizona | No | Broad | Proximate cause or ascertainable loss | Only for concealment /omissions | Yes | Yes | No | Judicial discretion |
| **Arkansas** | **No** | **Broad** | Yes/class undecided | **Only for some types of violations** | **No** | **Yes** | **No** | **No** |
| California (UCL) | No | Broad | Yes/keys off plaintiff | No | Yes | Yes | No | No |
| **California (CLRA)** | **Yes** | **Enumerated** | **Yes/objective inquiry** | **Only for some types of violations** | **Yes** | **Yes** | **No** | **Punitives permitted without heighted requirement** |
| Colorado | No | Enumerated | Yes/objective inquiry | Only for some types of violations | No | Yes | No | No |
| Connecticut | No | Broad | Proximate cause or ascertainable loss | No | Yes | Yes | No | Judicial discretion |

| | Must Consumers Provide Pre-Suit Notice? | Does the Statute Permit Consumers to Sue for Any Deceptive Practice or Only Enumerated Prohibited Deceptive Practices? | What Are The Reliance Requirements? | Are Knowledge and Intent Required? | Can Consumers Seek to Enjoin Deceptive Practices? | Can Consumers Obtain Monetary Relief? | Can Class Action Consumers Seek Per-Violation Statutory Damages? | Can Class Action Consumers Seek Additional Damages Upon a Showing of Willfullness, Knowledge, and/or Recklessness? |
|---|---|---|---|---|---|---|---|---|
| Delaware | No | Broad | Proximate cause or ascertainable loss | Only for concealment /omissions | Yes | Yes | No | Judicial discretion |
| District of Columbia | No | Broad | Not required | No | Yes | Yes | Greater of $1500 or treble | Punitives permitted without heighted requirement |
| **Florida** | **No** | **Broad** | **Not required** | **No** | **Yes** | **Yes** | **No** | **No** |
| Georgia | No | Broad | Yes/class undecided | No | Yes | Yes | No | Treble for willful |
| Hawaii | No | Broad | Not required | No | Yes | Yes | treble | No |
| Idaho | No | Broad | Not required | No | Yes | Yes | No | Judicial discretion |
| Illinois | Yes | Broad | Proximate cause or ascertainable loss | Intent to induce reliance | Yes | Yes | No | Judicial discretion |
| Indiana | Yes | Broad | Yes/class undecided | Only for some types of violations | Yes | Yes | Greater of $500 or actual | If willful, greater of three times actual damages or $1000 |

| | Must Consumers Provide Pre-Suit Notice? | Does the Statute Permit Consumers to Sue for Any Deceptive Practice or Only Enumerated Prohibited Deceptive Practices? | What Are The Reliance Requirements? | Are Knowledge and Intent Required? | Can Consumers Seek to Enjoin Deceptive Practices? | Can Consumers Obtain Monetary Relief? | Can Class Action Consumers Seek Per-Violation Statutory Damages? | Can Class Action Consumers Seek Additional Damages Upon a Showing of Willfullness, Knowledge, and/or Recklessness? |
|---|---|---|---|---|---|---|---|---|
| Iowa | No | Broad | Proximate cause or ascertainable loss | Intent to induce reliance | Yes | Yes | No | If willfull or reckless, treble damages |
| Kansas | No | Broad | Proximate cause or ascertainable loss | Only for some types of violations | Yes | Yes | Double actual | No |
| Kentucky | No | Broad | Proximate cause or ascertainable loss | No | Yes | Yes | No | Yes |
| Louisiana | Yes | Broad | Undecided | No | No | Yes | No | If knowing, treble damages |
| Maine | Yes | Broad | Undecided | No | Yes | Yes | No | No |
| Maryland | Yes | Broad | Yes/objective inquiry | Only for some types of violations | No | Yes | No | No |
| Massachusetts | No | Broad | Undecided | No | Yes | Yes | Greater of actual or $25 | If willful, 2-3 times actual |
| Michigan | No | Broad | Provision-dependent/objective inquiry | No | Yes | Yes | No | No |

| | Must Consumers Provide Pre-Suit Notice? | Does the Statute Permit Consumers to Sue for Any Deceptive Practice or Only Enumerated Prohibited Deceptive Practices? | What Are The Reliance Requirements? | Are Knowledge and Intent Required? | Can Consumers Seek to Enjoin Deceptive Practices? | Can Consumers Obtain Monetary Relief? | Can Class Action Consumers Seek Per-Violation Statutory Damages? | Can Class Action Consumers Seek Additional Damages Upon a Showing of Willfullness, Knowledge, and/or Recklessness? |
|---|---|---|---|---|---|---|---|---|
| Minnesota | Yes | Broad | Proximate cause or ascertainable loss | Intent to induce reliance | Yes | Yes | No | No |
| Mississippi | No | Enumerated | Proximate cause or ascertainable loss | No | No | Yes | No | No |
| Missouri | No | Broad | Not required | No | Yes | Yes | No | Judicial discretion |
| Montana | No | Broad | Not required | No | No | Yes | No | Judicial discretion |
| Nebraska | No | Broad | Not required | No | Yes | Yes | No | No |
| Nevada | No | Broad | Yes/individualized | Only for some types of violations | Yes | Yes | No | Judicial discretion |
| New Hampshire | No | Broad | Proximate cause or ascertainable loss | Yes | Yes | Yes | No | Yes |
| **New Jersey** | **No** | **Broad** | **Proximate cause or ascertainable loss** | **Only for concealment/omissions** | **Yes** | **Yes** | **treble** | **No** |

|  | Must Consumers Provide Pre-Suit Notice? | Does the Statute Permit Consumers to Sue for Any Deceptive Practice or Only Enumerated Prohibited Deceptive Practices? | What Are The Reliance Requirements? | Are Knowledge and Intent Required? | Can Consumers Seek to Enjoin Deceptive Practices? | Can Consumers Obtain Monetary Relief? | Can Class Action Consumers Seek Per-Violation Statutory Damages? | Can Class Action Consumers Seek Additional Damages Upon a Showing of Willfullness, Knowledge, and/or Recklessness? |
|---|---|---|---|---|---|---|---|---|
| New Mexico | No | Broad | Proximate cause or ascertainable loss | Yes | Yes | Yes | No | No |
| **New York** | No | Broad | **Proximate cause or ascertainable loss** | No | Yes | Yes | **Greater of actual or $50** | **If willful, greater of treble actual or $1000** |
| **North Carolina** | No | Broad | **Yes/objective inquiry** | No | Yes | Yes | **treble** | No |
| North Dakota | No | Broad | Not required | Intent to induce reliance | No | Yes | No | If knowing violation, treble damages |
| Ohio | No | Broad | Proximate cause or ascertainable loss | No | Yes | Yes | No | No |
| Oklahoma | No | Broad | Not required | No | Yes | Yes | No | No |
| Oregon | No | Enumerated | Undecided | No | No | Yes | Greater of actual or $200 | Judicial discretion |
| Pennsylvania | No | Broad | Yes/individualized | No | Yes | Yes | Greater of actual or $100 | Judicial discretion |

| | Must Consumers Provide Pre-Suit Notice? | Does the Statute Permit Consumers to Sue for Any Deceptive Practice or Only Enumerated Prohibited Deceptive Practices? | What Are The Reliance Requirements? | Are Knowledge and Intent Required? | Can Consumers Seek to Enjoin Deceptive Practices? | Can Consumers Obtain Monetary Relief? | Can Class Action Consumers Seek Per-Violation Statutory Damages? | Can Class Action Consumers Seek Additional Damages Upon a Showing of Willfullness, Knowledge, and/or Recklessness? |
|---|---|---|---|---|---|---|---|---|
| Rhone Island | No | Broad | Proximate cause or ascertainable loss | No | Yes | Yes | Greater of actual damages or $200 | Judicial discretion |
| South Carolina | No | Broad | Proximate cause or ascertainable loss | Only for some types of violations | No | Yes | No | If willful, three times actual damages |
| South Dakota | No | Broad | Undecided | No | No | Yes | No | No |
| Tennessee | Yes | Enumerated | Proximate cause or ascertainable loss | No | Yes | Yes | No | If willful, Judicial discretion to award |
| Texas | No | Enumerated | Yes/individualized | No | Yes | Yes | No | If knowing, treble damages |
| Utah | No | Broad | Proximate cause or ascertainable loss | Only for some types of violations | Yes | Yes | No | No |
| Vermont | No | Broad | Not required | No | Yes | Yes | No | Punitives permitted without heighted requirement |

|  | Must Consumers Provide Pre-Suit Notice? | Does the Statute Permit Consumers to Sue for Any Deceptive Practice or Only Enumerated Prohibited Deceptive Practices? | What Are The Reliance Requirements? | Are Knowledge and Intent Required? | Can Consumers Seek to Enjoin Deceptive Practices? | Can Consumers Obtain Monetary Relief? | Can Class Action Consumers Seek Per-Violation Statutory Damages? | Can Class Action Consumers Seek Additional Damages Upon a Showing of Willfullness, Knowledge, and/or Recklessness? |
|---|---|---|---|---|---|---|---|---|
| Virginia | No | Broad | Yes/class undecided | No | No | Yes | Greater of actual or $500 | If willful, greater of treble actual or $1000 |
| Washington | Yes | Broad | Proximate cause or ascertainable loss | No | Yes | Yes | No | Judicial discretion |
| West Virginia | No | Broad | Yes/class undecided | No | Yes | Yes | No | No |
| Wisconsin | Yes | Broad | Proximate cause or ascertainable loss | No | Yes | Yes | Double damages | Punitives permitted without heighted requirement |
| Wyoming | Yes | Broad | Yes/class undecided | Yes | No | Yes | No | No |