# EXHIBIT 2

## GUTRIDE SAFIER LLP

Gutride Safier LLP represents investors, small businesses, consumers and employees in a wide-array of class action litigation throughout the country. The attorneys of Gutride Safier LLP are skilled litigators with years of experience at all levels of federal and state court. Gutride Safier LLP is based in San Francisco.

Gutride Safier LLP has been appointed class counsel to represent consumers, small businesses, employees and investors in the following recent cases:

- *Kumar v. Salov North America Corp.,* Case No. 14-cv-2411-YGR (N.D. Cal.) for violation of California's consumer protection laws;

- *Kumar v. Safeway Inc*., Case No. RG 14726707 (Alameda County Superior Court) for violation of California's consumer protection laws;

- *Miller v. Fuhu, Inc.,* Case No. 15-bk-12465 (Del. Banktruptcy Court) for violation of California's consumer protection laws;

- *Miller, et al. v. Ghirardelli Chocolate Company*, Case No. 12-cv-04936-LB (N.D. Cal.) for violation of California's consumer protection laws;

- *Just Film et al.  v. Merchant Services et al.,* Case No. 4:10-cv-01993-CW (N.D. Cal.) for violation of state and federal laws including violations of the Racketeer Influenced and Corrupt Organizations Act and Fair Credit Reporting Act;

- *Embry v. Acer America Corporation*, 09-cv-01808-JW (N.D. Cal.) for violation of California's consumer protection laws;

- *Witthoff v. Honest Tea, Inc.*, CGC-10-504987 (San Francisco Superior Court) for violation of California's consumer protection laws;

- *Gauss v. Millennium Products, Inc.*, CGC-10-503347 (San Francisco Superior Court) for violation of California's consumer protection laws;

- *Chavez v. Blue Sky Natural Beverage Co.*, *et al*., 3:06-cv-06609-JSW (N.D. Cal.) for violation of California's consumer protection laws;

- *Deaton v. Hotwire, Inc*., CGC-05-437631 (San Francisco Superior Court) for violation of California's consumer protection laws;

- *Nelson v. PeoplePC*, Inc., CGC-07-460240 (San Francisco Superior Court) for violation of California's consumer protection laws;

- *Mancini v. Ticketmaster et al.,* 2:07-cv-01459-DSF-JTL (C.D. Cal.), for violation of the federal Electronic Funds Transfer Act and consumer protection laws;

- *Siemers v. Wells Fargo & Co. et al.*, C-05-4518 WHA (N.D. Cal.) for violation of §12(a)(2) of the Securities Act of 1933 and §10(b) of the Securities Exchange Act of 1934;

- *Cho v. Seagate Technology (US) Holdings, Inc.*, CGC-06-453195 (San Francisco Superior Court) for violation of California's consumer protection laws;

- *Vroegh v. Eastman Kodak Co. et al.*, CGC-04-428953 (San Francisco Superior Court) for violation of California's consumer protection laws;

- *Chavez v. Netflix, Inc.*, CGC-04-434884 (San Francisco Superior Court) for violation of California's consumer protection laws;

- *Haven v Betz & Sons,* CGC-05-438719 (San Francisco Superior Court) for violation of California's wage and hour laws; and

- *Safier v Western Digital,* Case No. 3:05-cv-03353-BZ (N.D. Cal), for violation of California's consumer protection laws.

### The Lawyers of Gutride Safier LLP

**Adam J. Gutride**

Mr. Gutride is a founding partner of Gutride Safier LLP and has served as co-lead counsel in each of the cases listed above.  Previously, Mr. Gutride litigated at the San Francisco based law firm of Orrick Herrington & Sutcliffe.  In his past endeavors, Mr. Gutride represented the governor of California before the California Supreme Court, handled a nationwide securities class action against Merrill Lynch and tried an insurance case that led to a $900 million settlement.  Mr. Gutride also has served as an Instructor in Legal Research and Writing at the Hastings Law School of the University of California.

Mr. Gutride is a member of the state bar of California and several federal courts.  Mr. Gutride received his juris doctorate from Yale Law School and his bachelor of arts from the University of Chicago.

**Seth A. Safier**

Mr. Safier is a founding partner of Gutride Safier LLP and has served as co-lead counsel in each of the cases listed above.  Prior to founding Gutride Safier LLP with Mr. Gutride, Mr. Safier was general counsel at an internet company and also worked as a litigator at Orrick Herrington & Sutcliffe. Mr. Safier also has served as an Instructor of Legal Research and Writing at the Hastings Law School of the University of California.

Mr. Safier is a member of the California State Bar and numerous federal courts. Mr. Safier received his juris doctorate from Harvard Law School and his bachelor of arts from Brandeis University.

**Todd Kennedy**

Mr. Kennedy is a partner at Gutride Safier LLP. Prior to working with Gutride Safier LLP, Mr. Kennedy conducted complex litigation for Quinn Emanuel Urquhart & Sullivan, LLP. At Quinn, Todd successfully litigated some of the world's largest patent cases, for both plaintiffs and defendants. He helped achieve complete defense jury verdicts for Google in the company's only two patent trials—both of which were in the Eastern District of Texas, the favored venue for plaintiffs. On the plaintiffs' side, Mr. Kennedy successfully represented Sony Electronics in enforcing ten digital television patents in a series of lawsuits spanning five jurisdictions.

Mr. Kennedy clerked for one year on the Eight Circuit U.S. Court of Appeals, and two years on the U.S. District Court for the Western District of Missouri.

Mr. Kennedy is a member of the California State Bar and numerous federal courts. He received his juris doctorate from the Yale Law School. He received his bachelor of arts from University of Missouri.

**Anthony J. Patek**

Mr. Patek is an attorney at Gutride Safier LLP. Prior to working with Gutride Safier LLP, Mr. Patek conducted complex litigation for Cooley, LLP and HelixIP LLP. At Cooley and HelixIP, Anthony represented Ronald A. Katz Technology Licensing, Inc. and Zenith Electronics in their efforts to enforce their patent portfolios against numerous infringers. He has also represented major pharmaceutical and software companies and prestigious research universities in multi-million dollar lawsuits.

Mr. Patek clerked for the United States District Court for the District of Nevada, the Hon. Edward C. Reed. Anthony is Co-Chair of the American Bar Association's Sub-Committee on Patent Infringement

Mr. Patek is a member of the California State Bar and numerous federal courts. He received his juris doctorate from the University of California, Berkeley, Boalt Hall School of Law. He received a master of science from Stanford University and his bachelor of science from University of Michigan.

**Marie McCrary**

Marie McCrary is an attorney at Gutride Safier LLP. Prior to working with Gutride Safier LLP, Ms. McCrary conducted complex litigation for Quinn Emanuel Urquhart & Sullivan, LLP. Prior to that, she was an attorney at Bell Nunnally & Martin LLP and Carroll Burdick & McDonough, LLP. Ms. McCrary has experience in complex matters involving contract disputes and business torts, patent and trade dress litigation, class actions, and creditors' rights issues.

Ms. McCrary is a member of the California, Massachusetts and Texas bar associations. She received her juris doctorate from New York University and her bachelor of science degree from Truman State University. Ms. McCrary was the 2004 and 2005 national champion in parliamentary debate (NPDA, NPTE).

**Kristen G. Simplicio**

Ms. Simplicio is an attorney at Gutride Safier LLP. Prior to working with Gutride Safier LLP, Ms. Simplicio was employed by the United States Department of Labor as an ERISA specialist.

Ms. Simplicio is a member of the California State Bar as well as the bar of the District of Columbia. She received her juris doctorate from American University, Washington College of Law, in 2007. She received her bachelor of commerce from McGill University.

**Matthew McCrary**

Matthew McCrary is an attorney at Gutride Safier LLP. Prior to working with Gutride Safier LLP, Mr. McCrary conducted complex litigation for McDermott, Will, and Emery, LLP and Baker & McKenzie, LLP. Mr. McCrary has experience litigating complex matters involving contract disputes and business torts, white collar crime, class actions, securities and antitrust issues.

Mr. McCrary is a member of the Massachusetts and Texas bar associations. He received his juris doctorate from the University of Texas at Austin School of Law and his bachelor of arts degree from the University of North Texas. Following law school, Mr. McCrary clerked for the Ninth Circuit Court of Appeals.