HASSAN A. ZAVAREEI (State Bar No. 181547)
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

Attorneys for Plaintiff Scott Koller

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT KOLLER, on behalf of himself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MED FOODS, INC., AND DEOLEO USA, INC.<br><br>Defendants. | CASE NO. 14-cv-2400 (RS)<br><br>**DECLARATION OF HASSAN A. ZAVAREEI IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: May 10, 2018<br>Time: 1:30 p.m.<br>Courtroom 3, 17th Floor<br>Judge: Hon. Richard Seeborg |

I, Hassan A. Zavareei, hereby declare as follows:

1. I am competent to testify to the matters stated herein. I submit this declaration in support of Plaintiff's Motion for Certification of a Settlement Class and Preliminary Approval of Class Action Settlement.

2. I am a partner at the firm Tycko & Zavareei LLP and a member in good standing of the District of Columbia, Maryland and California bars. Over the past twenty years, I have gained substantial experience handling complex civil litigation and class action litigation. I have taken several cases to trial, including jury trials that have lasted several months. I have argued appeals in both the D.C. Circuit and the Fifth Circuit. I am a graduate of Boalt Hall Law School at the University of California, Berkeley.

3. Attached hereto as Exhibit A is an updated copy of the Tycko & Zavareei LLP firm résumé, containing additional information on myself, our firm, and the other attorneys from my

firm who worked on this matter.

4. To date, my firm has worked over 850 hours on this case, and my firm has incurred approximately $50,000.00 in unreimbursed expenses. These totals will continue to increase up to and through final settlement approval.

5. Based on my reasoned judgment, and for the reasons set forth in the Declaration of my co-counsel Adam Gurtide, I believe the proposed settlement is fair and reasonable.

On this 3rd day of April, 2018, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      /s/ Hassan Zavareei
Hassan A. Zavareei (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com

*Attorney for Plaintiff and the Class*