**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
KRISTEN G. SIMPLICIO (State Bar No. 263291)
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

Attorneys for Plaintiff, SCOTT KOLLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KOLLER, an individual, on behalf of himself, the general public and those similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>DEOLEO USA, INC.; and MED FOODS, INC.,<br><br>    Defendants. | CASE NO. 3:14-cv-02400-RS<br><br>STIPULATION TO SHORTEN TIME ON MOTION FOR PRELIMINARY APPROVAL, WITHDRAW MOTION FOR SUMMARY JUDGMENT, AND CONTINUE CASE MANAGEMENT CONFERENCE |

**WHEREAS,** on March 27, 2018, the Parties entered into a settlement agreement;

**WHEREAS,** as part of the settlement, Plaintiff Koller has agreed to withdraw, without prejudice, his motion for partial summary judgment (dkt. # 121), currently set for hearing on April 12, 2018 at 1:30 p.m.;

**WHEREAS,** this Court has also scheduled a case management conference at the same time;

**WHEREAS**, Plaintiff filed his motion for preliminary approval on March 29, 2018 (dkt. # 144) and set it for hearing on May 10, 2018, which was the next available hearing date that was at least 35 days after the filing of the motion;

**WHEREAS**, the motion for preliminary approval will be unopposed;

**WHEREAS,** Deoleo's counsel has a conflict with the April 12 hearing date;

**THEREFORE**, the parties request that (1) Plaintiffs' motion for partial summary judgment (dkt. # 121), currently set for hearing on April 12, 2018 at 1:30 p.m, be deemed withdrawn without prejudice, (2) this Court shorten the time on which the Motion for Preliminary Approval will be heard and set that hearing for April 19, 2018 at 1:30 p.m., and (3) the Court continue the Case Management Conference to the same time, April 19, 2018 at 1:30 p.m.

STIPULATED AND AGREED:

Dated: April 3, 2018

    /s/ Kristen G. Simplicio
Adam J. Gutride
Seth A. Safier
Kristen G. Simplicio
GUTRIDE SAFIER LLP
100 Pine Street, Suite 1250
San Francisco, California 94111

Attorneys for Plaintiff

Dated: April 3, 2018

    /s/ Jeffrey Margulies
Jeffrey Margulies
NORTON ROSE & FULBRIGHT LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071

Attorneys for Defendant
Deoleo USA, Inc.

Pursuant to Local Civil Rule 6-2(a), and **GOOD CAUSE APPEARING THEREFOR**, Plaintiffs' motion for partial summary judgment (dkt. # 121), currently set for hearing on April 12, 2018 at 1:30 p.m, is deemed withdrawn without prejudice, (2) the Court shortens the time on which the Motion for Preliminary Approval will be heard and sets that hearing for April 19, 2018 at 1:30 p.m., and (3) the Court continues the Case Management Conference currently set for April 12, 2018 to April 19, 2018 at 1:30 p.m.

**IT IS SO ORDERED**.

DATED: 4/9/18

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE