ADAM J. GUTRIDE (State Bar No. 181446)
adam@gutridesafier.com
SETH A. SAFIER (State Bar No. 197427)
seth@gutridesafier.com
KRISTEN G. SIMPLICIO (State Bar No. 263291)
kristen@gutridesafier.com
**GUTRIDE SAFIER LLP**
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: 415.271.6469
Facsimile: 415.449.6469

HASSAN A. ZAVAREEI (State Bar No. 181547)
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT KOLLER, CAROLYN BISSONETTE, CECE CASTORO, STEPHEN FREIMAN, DIANE GIBBS, DARLENE WILLIAMS, and ROBERT GLIDEWELL, on behalf of themselves, the general public and those similarly situated,<br><br> Plaintiffs,<br><br>        v.<br><br>MED FOODS, INC., and DEOLEO USA, INC.<br><br> Defendants. | CASE NO. 14-cv-2400 (RS)<br><br>**DECLARATION OF STEVEN WEISBROT, ESQ.** |

I, STEVEN WEISBROT, hereby declare under penalty of perjury as follows:

1.    I am a partner at the class action notice and settlement administration firm, Angeion Group, LLC ("Angeion").  I am fully familiar with the facts contained herein based upon my personal knowledge.

2.    My credentials were previously outlined in my prior declaration in this case, which was filed on April 3, 2018, as docket number 144-7.

3.    The purpose of this declaration is to provide the Court with an update on the work performed by Angeion related to the notice plan and other administrative tasks following the Court's Order Granting Motion for Preliminary Approval of Settlement, filed on April 16, 2018, and the Court's Further Order re Preliminary Approval of Class Action Settlement, Setting Dates for Final Approval, filed on April 24, 2018.

### DISTRIBUTION OF CAFA NOTICE

4.    On April 10, 2018, as required by 28 U.S.C. § 1715(b), Angeion caused Notice regarding the settlement to be sent to the Attorneys General of all states and territories, as well as the Attorney General of the United States ("CAFA Notice"). The mailings included the items set forth in the CAFA Notice. A copy of the CAFA Notice is attached hereto as Exhibit "1."

### ONLINE NOTICE

5.    On May 18, 2018, Angeion caused the internet banner notice to commence. The banner notice portion of the Notice Plan ran for 4 consecutive weeks and served a total of 58,619,588 impressions. The total number of impressions served *exceeded* the projected number of impressions for this campaign. As discussed in further detail below, this increased the final reach percentage among the target audience. The banner notices contained a link to the Settlement Website at www.oliveoilsettlement.com. Images of the banner ads used in the Notice Plan are attached hereto as Exhibit "2".

6.    As of June 25, 2018, the Settlement Website has had 276,567 unique visitors, totaling

1,905,567 pageviews.

## PUBLICATION NOTICE

7.     In order to satisfy the notice requirements of the California Legal Remedies Act ("CLRA"), the notice program caused the Published Notice to be published in the San Francisco Chronicle for four consecutive weeks commencing on May 18, 2018.   The San Francisco Chronicle's circulation is 105,531. The dates of publication in the San Francisco Chronicle were May 18, 2018, May 25, 2018, June 1, 2018 and June 8, 2018.  Copies of the tear sheets from those publications are attached hereto as Exhibit "3".

8.     On June 8, 2018, Angeion caused the Published Notice to be published in People Magazine as a one-half page black and white insertion. People Magazine's circulation is 3,510,533. However, given the high reader per copy ratio, 7,346,000 members of the Target Audience were exposed to the publication notice which ran in People Magazine.  A copy of that Published Notice is attached hereto as Exhibit "4".

## PURCHASED AND EARNED MEDIA

9.     On May 18, 2018, Angeion caused the instant settlement to be listed and promoted through two leading class action settlement websites, www.topclassactions.com and www.classaction.org. Screenshots of those websites are attached hereto as Exhibit "5".

10.     On May 18, 2018, Angeion caused a press release detailing the Settlement to be issued via PR Newswire. PR Newswire's U.S. Distribution delivers messages to approximately 10,000 media points. As of June 25, 2018, a total of 228 news outlets picked up the notice of the Settlement from the press release. A copy of the press release and a list of the 228 news outlets that picked up the notice are attached hereto as Exhibit "6".

## SUMMARY OF THE NOTICE PROGRAM

11.     The notice program delivered an approximate 78.89% reach with an average frequency of 2.1x each. The 78.89% reach *exceeds* the targeted 75.6% reach discussed in my prior declaration. Further, the 78.89% reach does not include the print publications in the San Francisco Chronicle, the promotion through the class action settlement websites, the press release, informational website (discussed below) or toll-free hotline, as they are not easily calculable in reach percentage,

but nonetheless aide in informing Settlement Class Members of their rights and options under the Settlement.

## SETTLEMENT WEBSITE

12.     On May 17, 2017, Angeion established the following website devoted to this Settlement: www.oliveoilsettlement.com. The Settlement Website contains general information about the Settlement, Court documents, a downloadable Claim Form, a downloadable and HTML searchable Long-Form Notice, and important dates and deadlines pertinent to this Settlement. Settlement Class Members can send an email to a dedicated email address, info@oliveoilsettlement.com, with questions pertaining to the Settlement.

13.     Settlement Class Members can also submit Claim Forms and requests for Exclusion electronically via the Settlement Website.

## TOLL-FREE HOTLINE

14.     On May 17, 2018, Angeion established the following toll-free hotline devoted to this case: 1-855-732-9315.  The toll-free hotline utilizes an interactive voice response ("IVR") system to provide Settlement Class Members with responses to frequently asked questions and inform Settlement Class Members of important dates and deadlines pertaining to the Settlement. The toll-free hotline is accessible 24 hours a day, 7 days a week.  Settlement Class Members also have the ability to leave a message requesting a Claim Form and/or Long Form Notice via the toll-free hotline. As of June 25, 2018, the toll-free hotline has received 337 calls, totaling 1,002 minutes.

## CLAIM FORM SUBMISSIONS

15.     The deadline for Settlement Class Members to submit a Claim Form is 30 days after Final Approval is granted.  As June 25, 2018, Angeion has received approximately 143,000 Claim Form submissions.  Angeion will continue to keep the Parties apprised of the number of Claim Form submissions and will submit a subsequent declaration to the Court regarding the number and dollar amount of Claim Forms received to date.

## REQUESTS FOR EXCLUSION AND OBJECTIONS

16.     The deadline to request exclusion from the Settlement or to object to the Settlement is July 12, 2018. As of June 25, 2018, Angeion has received 58 requests for exclusion, and has not been

made aware of any objections to the Settlement. Angeion shall inform the parties of any requests for exclusion or objections received after the date of this declaration.

       I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: June 27, 2018

_____
STEVEN WEISBROT

Exhibit 1



1801 Market Street, Suite 660
Philadelphia, PA  19103
(p) 215-563-4116
(f)  215-563-8839
www.angeiongroup.com

April 10, 2018

VIA USPS PRIORITY MAIL

United States Attorney General &
Appropriate Officials

**Re: Notice of Class Action Settlement**
*Koller v. Deoleo USA, Inc.*

Dear Counsel or Official:

Angeion Group, an independent claims administrator, on behalf of the defendant in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

> **Case Name:**  Koller v. Deoleo USA, Inc.
> **Index Number:** 3:14-cv-02400-RS
> **Jurisdiction:**  United States District Court for the Northern District of California, San Francisco Division
> **Date Settlement Filed with Court:**  April 3, 2018

In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD-ROM:

1. **28 U.S.C. § 1715(b)(1)-Complaint:**  Class Action Complaint, filed with the Court on May 23, 2014; First Amended Class Action Complaint, filed with the Court on September 11, 2014; Stipulation to File Second Amended Complaint (with Second Amended Complaint as Exhibit A), filed with the Court on April 3, 2018.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:**  In the Motion for Preliminary Approval, a hearing was requested for May 10, 2018, or as soon thereafter as the matter may be heard.  The Parties have since asked the Court to advance the hearing date for the Preliminary Approval Motion to April 19, 2018, which is pending with the Court at this time. The Court has not yet scheduled a Final Approval Hearing.

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members:**  The Notice Plan (Exhibit B to the Class Action Settlement Agreement), filed with the Court on April 3, 2018.  Also included are the proposed Long Form Notice, Summary Notice and Online Notice filed with the Court on April 3, 2018.

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:**  The Class Action Settlement Agreement, filed with the Court on April 3, 2018. Also included is the Motion for Preliminary Approval of Class Action Settlement, filed with the Court on April 3, 2018.

5. **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:**  Other than the Class Action Settlement Agreement, no other settlements or other agreements have been contemporaneously made between the Parties.

6. **28 U.S.C. § 1715(b)(6)-Final Judgment:**  The Court has not issued a Final Judgment or notice of dismissal as of the date of this CAFA Notice.

7. **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:**  As the Products that are the subject matter of the litigation are sold nationwide, it is possible that Class Members may be domiciled anywhere in the United States and its Territories.  Class Member awards are subject to the information provided by Class Members on the claim form. Therefore, it is not feasible to estimate the number or domicile of potential Class Members, nor the estimated awards Class Members may receive at this time.

8. **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:**  As of the time of the filing of this CAFA Notice, the Court has not yet issued an opinion regarding the proposed settlement.

If you have questions or concerns about this notice, the proposed settlement, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact this office.

Sincerely,

Angeion Group
1801 Market Street, Suite 660
Philadelphia, PA  19103
(p) 215-563-4116
(f)  215-563-8839

**Enclosures**

Exhibit 2

# BERTOLLI OLIVE OIL PURCHASERS: A CLASS ACTION SETTLEMENT MAY AFFECT YOU

## CLICK HERE TO LEARN ABOUT YOUR RIGHTS AND GET A CASH REFUND



# BERTOLLI OLIVE OIL PURCHASERS:
## A CLASS ACTION SETTLEMENT MAY AFFECT YOU

## CLICK HERE
## TO LEARN ABOUT YOUR RIGHTS AND GET A CASH REFUND



**BERTOLLI OLIVE OIL PURCHASERS:**

A CLASS ACTION LAWSUIT MAY AFFECT YOU.

__CLICK HERE__ TO LEARN ABOUT YOUR RIGHTS AND GET A CASH

4-cv-02400-RS Document 160-3 Filed 06/28/18 Page

**BERTOLLI OLIVE OIL PURCHASERS:**

**CLICK HERE** TO LEARN ABOUT YOUR RIGHTS AND GET A CASH

# BERTOLLI OLIVE OIL PURCHASERS:
# A CLASS ACTION SETTLEMENT MAY AFFECT YOU



**CLICK HERE TO LEARN ABOUT YOUR RIGHTS AND GET A CASH REFUND**



# BERTOLLI OLIVE OIL PURCHASERS:

## A CLASS ACTION SETTLEMENT MAY AFFECT YOU

## CLICK HERE
### TO LEARN ABOUT YOUR RIGHTS AND GET A CASH REFUND

# BERTOLLI OLIVE OIL PURCHASERS: A CLASS ACTION SETTLEMENT MAY AFFECT YOU

# CLICK HERE TO LEARN ABOUT YOUR RIGHTS AND GET A CASH REFUND



# BERTOLLI OLIVE OIL PURCHASERS:

## A CLASS ACTION SETTLEMENT MAY AFFECT YOU

## CLICK HERE
## TO LEARN ABOUT YOUR RIGHTS AND GET A CASH REFUND



**BERTOLLI OLIVE OIL PURCHASERS:**

A CLASS ACTION SETTLEMENT MAY AFFECT YOU

CLICK HERE TO LEARN ABOUT YOUR RIGHTS AND GET A CASH

**BERTOLLI OLIVE OIL PURCHASERS:**

**CLICK HERE** TO LEARN ABOUT YOUR RIGHTS AND GET A CASH

**BERTOLLI OLIVE OIL PURCHASERS:**
**A CLASS ACTION SETTLEMENT MAY AFFECT YOU**
<u>CLICK HERE</u> TO LEARN ABOUT YOUR RIGHTS AND GET A CASH REFUND



**BERTOLLI OLIVE OIL PURCHASERS:**

A CLASS ACTION SETTLEMENT MAY AFFECT YOU

[CLICK HERE]() TO LEARN ABOUT YOUR RIGHTS AND GET A CASH REFUND



# BERTOLLI OLIVE OIL PURCHASERS: CLASS ACTION SETTLEMENT GET CASH REFUNDS

**BERTOLLI OLIVE OIL PURCHASERS: CLASS ACTION SETTLEMENT GET CASH REFUNDS**

**BERTOLLI OLIVE OIL PURCHASERS:**

**CLASS ACTION SETTLEMENT GET**

**CASH REFUNDS**

Exhibit 3

# Birth rate poses risk to economy

## At 30-year low, it may threaten U.S. growth

**By Christopher Rugaber**

WASHINGTON — Women in the United States gave birth last year at the lowest rate in 30 years, a trend that could weigh on economic growth in the coming decades.

The Center for Disease Control and Prevention's National Center for Health Statistics said Thursday that the number of U.S. babies born last year fell 2 percent from 2016 to 3.85 million, also a 30-year low. Births have fallen for three straight years. The fertility rate dropped 3 percent last year to 60.2 births per 1,000 women ages 15 through 44.

An aging society has already weighed on economic growth in the United States in the past decade, with the vast Baby Boom generation retiring and fewer young people replacing them. Thursday's data suggests that the trend is likely to continue.

Economic growth is generally driven by population growth and worker efficiency, both of which have slowed in the past decade in the United States.

Kathy Bostjancic, an economist at Oxford Economics, a consulting firm, said that roughly 10 years ago, the number of Americans working or looking for work was growing about 1 percent annually. With birthrates declining, that figure has since fallen to about a 0.3 percent growth rate. That essentially acts as a 0.7 percentage point drag on the United States' long-run growth rate.

"Demographics have a really powerful impact on the economy," Bostjancic said.

The U.S. economy has grown at a 3 percent average annual rate since World War II. Yet it hasn't reached that pace for a full calendar year since 2005. The Baby Boomers first reached retirement age in 2008.

The Federal Reserve in March upgraded its short-term economic growth forecast to about 2.7 percent for this year and 2.4 percent in 2019, partly because of the Trump administration's tax cuts. But the Fed kept its longer-run annual growth forecast at 1.8 percent, reflecting the demographic challenges.

Aside from fewer workers, an aging society can hold back growth because fewer people are buying homes, cars and other costly purchases. Savings generally rise as people age and prepare for retirement. And as elderly people live longer, they also slow their spending while in retirement, Bostjancic noted.

Most economists attribute the low interest rates and low inflation of the past decade, in the United States, Europe and Japan, at least in part to aging.

In Japan, where adult diapers outsell those for children, the impact of fewer births has kept growth nearly nonexistent for more than two decades. The economy has picked up recently and enjoyed two straight years of growth, the longest such streak since the late 1980s, before contracting again in the first three months of this year.

The U.S. accepts many more immigrants than does Japan, and that influx has boosted population growth. The Labor Department released separate data Thursday showing that last year, there were 27.4 million foreign-born workers in the United States, the most since records began in 2005. Immigrants now make up 17.1 percent of the U.S. workforce.

Economic research earlier this year found that U.S. fertility fell sharply roughly nine months before the past three recessions. That suggests that such declines could signal economic downturns.

But Kasey Buckles, an economics professor at Notre Dame who conducted the research with two colleagues, said that recent such declines aren't sharp enough to point to a recession.

Instead, she noted that fertility declines over the past three years have occurred mostly among women under 30. Birth rates among older women have risen or held steady. That suggests that the fertility declines reflect largely a drop in unwanted pregnancies since the 2008-2009 recession.

Fertility among women of all ages fell sharply in 2008 and 2009, Buckles said, but rebounded quickly for women 30 and over. Separate data from the Guttmacher Institute, a policy organization that tracks reproductive health, shows that unwanted pregnancies have fallen since the Great Recession, Buckles said.

"It's possible that the Great Recession may have been something of a triggering event that caused people to be more intentional about their fertility," she said.

*Christopher Rugaber is an Associated Press writer.*




Seth Wenig / Associated Press 2017

**Women in the United States gave birth last year at the lowest rate in three decades, a trend that could weigh on economic growth in future decades.**

# FDA pushes drugmakers to encourage generics

*Drugs from page C1*

islation is not needed. The FDA has been speeding up approval of generic drugs, and nearly 90 percent of prescriptions are filled with generics.

But others point to the ways in which major pharmaceutical companies have managed to keep patents on certain expensive drugs for years longer than necessary.

Generic drug developers usually need 1,500 to 5,000 units of the brand drug to develop their product and test it, to show that it is effective and can be absorbed at the same rate as the brand drug, according to the agency. Both the FDA and the Federal Trade Commission say securing the samples can be difficult, because major drug firms can invoke safety concerns — real or unreal — to avoid providing the materials.

The FDA's new list includes drug companies the agency said may be pursuing gaming tactics to delay generic competition. Along with the name of each business, the agency noted how many inquiries it received from generic drug companies seeking supplies. The names of the generic companies were not provided.

While Celgene tops the list, other companies that the FDA named as the subject of complaints include GlaxoSmithKline, Pfizer, Valeant Pharmaceuticals International, Novato's BioMarin Pharmaceutical, Foster City's Gilead Sciences and Novartis Pharmaceuticals.

Celgene, which makes drugs to treat cancer and immune-inflammatory diseases, was named as the subject of 31 inquiries from companies seeking access to Revlimid (lenalidomide), its treatment for multiple myeloma and related diseases; Pomalyst (pomalidomide); and Thalomid (thalidomide).

Celgene has been embroiled in lawsuits for several years with companies seeking access to the drugs. It recently sued Dr. Reddy's Laboratories Ltd., an Indian company, to block it from selling generic copies of Revlimid, the company's biggest product, and has been fending off an attempt by Mylan to also get into the generic Revlimid business. At a court hearing last year, a lawyer for Mylan, Jonathan M. Jacobson, told a federal district judge that the drug costs dying patients $20,000 a month — a price that would decline if generics were available.

Greg Geissman, a spokesman for Celgene, said the company had not prevented generic companies from obtaining their products.

"We have sold and will sell our groundbreaking products to generic manufacturers for the purposes of bioequivalence testing, subject to reasonable safety-related and business requirements," Geissman said. "Generic versions of Thalomid and Revlimid are expected to enter the market in coming years."

Geissman also said that Celgene supports federal efforts to promote access to samples at reasonable prices, as long as there is appropriate safety and liability protection for the seller.

The next biggest target, with 26 inquiries, is Actelion Pharmaceuticals Ltd., a Johnson & Johnson company, which is accused of blocking access to four drugs. There were 14 inquiries about getting supplies of Tracleer (bosentan), a medication prescribed for high blood pressure in the vessels of the lungs, known as pulmonary arterial hypertension. The FDA also received eight complaints about lack of access to Opsumit (macitentan), which is also used to treat pulmonary arterial hypertension. There were also several complaints about a lack of access to Actelion's Zavesca (miglustat) and Veletri (epoprostenol sodium). Veletri is also used to treat pulmonary arterial hypertension and Zavesca is indicated for Gaucher disease.

An average one-month supply of Tracleer costs just over $12,000, and a supply of Opsumit runs $8,900 to $10,000, according to GoodRx, which tracks drug prices. Both prices are based on the patient presenting a free discount coupon.

Many pharmaceutical companies sell both brand-name and generic drugs, leading to a situation in which a company like Mylan, still fighting Celgene in court, can be on the receiving end of generic company complaints.

The FDA's list of shame notes three inquiries from companies trying to get access to Mylan's Amnesteem (isotretinoin), used to treat severe cystic acne that has not responded to antibiotic treatment.

*Sheila Kaplan is a New York Times writer.*


# LEGAL NOTICES

VISIT SFGATE.COM/LEGALNOTICES

## PUBLIC NOTICES

**Notice of Public Hearings**

The Bayshore Elementary School District will hold two separate public hearings on the proposed Local Control Accountability Plan (LCAP) and the proposed budget for fiscal year 2018-19 on Tuesday, May 29, 2018 at 6:45 p.m. at the Bayshore Elementary School District Office located at 155 Oriente Street, Daly City, California. A copy of the LCAP and the proposed budget will be available for public examination at the above location from May 25, 2018 through May 29, 2018 between the hours of 8:00 a.m. to 5:00 p.m. Any stakeholder affected by the LCAP or the Bayshore Elementary School District budget may appear before the Bayshore Elementary School District Board of Trustees and speak to the LCAP or the proposed budget or any item therein.

5/18/18

CNS-3131639

**NOTICE OF PUBLIC HEARING OF THE Fremont Unified SCHOOL DISTRICT APPROVING TO INCREASE STATUTORY SCHOOL FACILITY FEES IMPOSED ON NEW RESIDENTIAL AND COMMERCIAL/INDUSTRIAL CONSTRUCTION PURSUANT TO EDUCATION CODE SECTION 17620 AND GOVERNMENT CODE SECTION 65995**

NOTICE IS HEREBY GIVEN that the Board of Trustees ("Board") of the Fremont Unified School District ("School District") will hold a Public Hearing at its Regular Meeting to be held on May 23, 2018 to allow for public comment prior to consideration of its reports titled "Residential Development School Fee Justification Study for Fremont Unified School District" and "Commercial/Industrial Development School Fee Justification Study for Fremont Unified School District" ("Fee Studies"), and consider adopting a resolution of the Board of the School District to increase Statutory School Facility Fees Imposed on New Residential and Commercial/Industrial Construction Pursuant to Education Code Section 17620 and Government Code Section 65995. The Fee Studies justifying such increases, which are incorporated herein by this reference, are on file at the School District's offices, located 4210 Technology Drive, Fremont, CA 94538, and are available for public review from May 11, 2018 through May 23, 2018.

The Public Hearing of the School District, to be held May 23, 2018 will begin at 6:00 pm or as soon thereafter as practicable, at the School District's offices, located at 4210 Technology Drive, Fremont, CA 94538. These matters will be considered at such time as this agenda item is considered by the Board of the School District.

Any questions regarding the Fee Studies or the public hearing should be directed to Mr. Raul Parungao at (510) 659-2572.

## FICTITIOUS BUSINESS NAMES

**FICTITIOUS BUSINESS NAME STATEMENT**
**FILE NO. A-0381312-00**

The following person is doing business as: VB Promotions, 1419 Stockton St., San Francisco, San Francisco County, CA 94133. Full name of registrant #1: Vertical Barre, LLC (CA), 380 14th St. PMB 309, San Francisco, CA 94103. This business is conducted by a Limited Liability Company.

The registrant commenced to transact business under the above listed fictitious business name on April 1, 2018

This statement was filed with the County Clerk of San Francisco on:

May 07, 2018

May 11, 18, 25; June 1, 2018

**FICTITIOUS BUSINESS NAME STATEMENT**
**FILE NO. A-0381084-00**

The following person is doing business as: J J Cosmetology Health Spa, 3800 Noriega St., San Francisco, CA 94122. Full name of registrant #1: Health Life Spa (CA), 3800 Noriega St., San Francisco, CA 94122. This business is conducted by a limited liability company.

The registrant commenced to transact business under the above listed fictitious business name on April 24, 2018

This statement was filed with the County Clerk of San Francisco on

April 24, 2018.

April 27, May 4, 11, 18 2018

## PUBLIC NOTICES (NON-GOVERNMENT)

## PUBLIC NOTICES (NON-GOVERNMENT)

## PUBLIC NOTICES (NON-GOVERNMENT)


**To All Purchasers of Bertolli Olive Oil (the "Products"):**
**A Class Action Settlement May Affect Your Rights**

**WHO IS AFFECTED**

You are affected by this class action settlement if, between: (i) May 23, 2010 and April 16, 2018, you purchased, in the United States, a bottle of Bertolli Extra Virgin Olive Oil and/or (ii) May 23, 2010 and December 30, 2015, you purchased, in the United States, a bottle of Bertolli Classico or Extra Light Olive Oil. A complete list of covered products is included on the website www.oliveoilsettlement.com (the "Products").

This notice summarizes the proposed Settlement. For the precise terms and conditions of the Settlement, please see www.oliveoilsettlement.com or contact the Claim Administrator at the telephone number or address below.

**WHAT DOES THE SETTLEMENT PROVIDE**

To settle the case, Defendant will create a settlement fund of $7,000,000.00. If you make a valid claim in the settlement, you will receive a cash payment for each bottle of olive oil that you purchased. The amounts paid to for each purchase will vary depending on the Product type, date of purchase, and number of claims received. The amounts to be paid are expected to be at least $0.75 to $1.75 per Product, and may be as much as $3.75 to $8.75 per Product. You may make a claim without proof of purchase, but only for up to five products purchased by your household, for which you will receive a maximum combined recovery of $25.00. There is no limit on the number of items you can claim for which you submit proof of purchase. Proof of purchase means itemized retail sales receipts showing, at a minimum, the name of the product, and the date, place, and amount of purchase.

**HOW TO GET THE REFUND**

To get your refund, visit the settlement website at www.oliveoilsettlement.com and download or complete a claim form. You can also obtain a claim form by contacting the Claim Administrator.

**HOW TO OPT OUT OF THE SETTLEMENT**

The settlement will release all claims related to Plaintiffs' contentions that Defendant's marketing, advertising, and sale of Bertolli brand olive oil with the representations "Imported from Italy" and "Extra Virgin" were false or misleading. If you wish to preserve your right to bring a separate lawsuit on these claims, you must exclude yourself from the class.

**OBJECTING TO THE SETTLEMENT**

You can also object to the settlement. For details on how to exclude yourself or object, please visit www.oliveoilsettlement.com or contact the Claim Administrator.

**COURT HEARING AND ATTORNEYS' FEES**

The Court will hold a hearing on August 9, 2018 to consider whether to approve the settlement. The attorneys for the class will ask the court to award them up to $2,100,000.00 in fees and approximately $150,000.00 in out of pocket expenses and up to $11,000.00 in incentives to the individuals who pursued the suit, out of the settlement fund. If any balance remains in the settlement fund after payment of claims, costs of settlement notice and administration, and court-awarded fees, costs and incentives, the attorneys will ask the Court to give the remaining balance to various charitable organizations as further described at www.oliveoilsettlement.com. Note that the hearing date may change without further notice to you. Consult the settlement website at www.oliveoilsettlement.com or PACER, at https://ecf.cand.uscourts.gov, for updated information on the hearing date and time.

The case is *Koller v. Deoleo USA, Inc., et al.*, United States District Court for the Northern District of California, Case No. 3:14-cv-02400-RS.

**For further information, please visit the settlement website:** www.oliveoilsettlement.com. You may contact the Claim Administrator by phone at 1-855-732-9315 or by writing to Koller v. Deoleo Settlement, Claim Administrator, 1801 Market Street, Suite 660, Philadelphia, PA 19103. You may also contact class counsel at Gutride Safier LLP, 100 Pine Street, Suite 1250, San Francisco, CA 94111, access the Court docket on PACER available at https://ecf.cand.uscourts.gov, or visit the office of the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Ave, San Francisco, CA from 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

# BUSINESS

# Low-wage women get help from Hollywood

*MeToo from page C1*

and social activists, as well as communications specialists and others, to publicize the struggles of working women facing harassment on the job.

Actress Susan Sarandon, along with Pitre, female Walmart workers and labor activists, signed a letter to the retailer's chief executive, demanding changes in the company's policies and procedures around harassment.

"I don't care who you are," said Pitre, who left her job at Walmart last month. "There is no cause for disrespect."

Walmart said it had conducted a "comprehensive investigation" into Pitre's complaints and "could not substantiate a violation of our Discrimination and Harassment Prevention Policy."

"We do not tolerate discrimination or harassment of any kind and thoroughly investigate all sexual harassment allegations," the company added.

Since it started in January, the Time's Up fund — which is administered by the National Women's Law Center in Washington — has raised about $22 million in donations to help pay for legal representation and other assistance for women facing harassment.

So far, about 2,700



Gina Pitre is suing Walmart after she said she reported harassment by her manager and the company failed to do anything about it.

William Widmer / New York Times

workers have contacted the fund, saying they have been harassed. The largest number of complaints, about 9 percent, have come from the arts industry, followed by workers in the federal government, education and health care. Retail workers made roughly 5 percent of the complaints.

Volunteers at the National Women's Law Center, an advocacy group focused on women's rights, have been reviewing the online complaints and providing many workers with names of lawyers who might be willing to take on their case. The law center does not vet the

facts of each case, but relies on the workers' lawyers to make sure the claims are sound.

When deciding on funding, the staff uses a set of "priorities," including whether the worker is in a low-wage job or in a male-dominated occupation.

"We hope to send a message to employers," said Emily Martin, the law center's general counsel, "just because a woman doesn't have a lot of money or connections doesn't mean someone isn't going to stand up for them."

The assistance from Time's Up is relatively modest — about $3,000 to help pay the initial

lawyer fees. If the case goes to trial, the fund will provide up to $100,000 for fees.

In some cases, publicity is part of the strategy. The National Women's Law Center will provide "communications support" — connecting women with public relations specialists — to help them call attention to their story.

Martin said publicity could help "broaden the impact" of the legal cases in combatting harassment. Toward that end, the law center connected Pitre with Our Walmart, a worker advocacy group. This month, Our Walmart sent the letter signed by Pitre and Sa-

randon to CEO Doug McMillon, calling on the retailer to revamp its harassment procedures.

A Walmart spokesman said in a statement, "We have strong policies and procedures in place to address allegations of sexual harassment, and we believe our current practices meet or exceed many of the requests in the letter."

When Pitre started working at Walmart in June 2016, she liked the job, she said. But after a few months, a supervisor started to harass her, including instances when he grabbed her breasts and made "unwelcome sexual comments," according to her lawsuit.

Last July, she reported the harassment to a company ethics department, her lawsuit says. Pitre said she was eventually told that the company's investigation was closed, but was never told the outcome.

A Walmart spokesman said the company does not disclose the outcomes of its harassment investigations to anyone, including the employee filing the complaint. The spokesman said this policy is aimed at the "privacy and confidentiality of all concerned."

In its letter, Our Walmart demands that the company start informing employees about the results of its harassment

investigations.

Pitre had previous experience with harassment. In 2008, she filed a lawsuit in federal court, accusing her former managers at the Boomtown Casino in Biloxi, Miss., of groping her and making sexually suggestive comments, according to her lawsuit.

The case resulted in a confidential settlement and "the termination and/or discipline of certain parties at Boomtown Casino," a company spokesman said in an email.

Martin said she was not aware of Pitre's earlier lawsuit when the Time's Up fund approved funding for her Walmart case. But Martin said it would not have been a factor in the decision.

"It is not shocking that this job is not the first job where Gina has experienced some sort of harassment," Martin said.

The Jackson, Miss., office of the Equal Employment Opportunity Commission said it had been "unable to conclude" that the "information obtained" in Pitre's case showed that Walmart had broken the law. The agency added that its ruling did not mean Walmart was "in compliance with the statutes," either.

*Michael Corkery is a New York Times writer.*

---

# Apple, Volkswagen reach autonomous van deal

**By Jack Nicas**

Apple once had grand aspirations to build its own electric self-driving car and lead the next generation of transportation. Over time, the ambitions ran into the reality.

So it curtailed its vision, first by focusing on software for self-driving cars and then by working solely on an autonomous shuttle for its employees. Now, it has settled for an auto partner that was not its first choice.

For several years, Apple sought partnerships with luxury carmakers BMW and Mercedes-Benz to develop an all-electric self-driving vehicle, according to five people familiar with the negotiations who asked not to be identified because they were not authorized to discuss the matter publicly. But on again, off-again talks with those companies ended after each rebuffed Apple's requirements to hand over control of the data and design, some of the people said.

Instead, Apple has signed a deal with Volkswagen to turn some of the carmaker's new T6 Transporter vans into self-driving shuttles for employees — a project that is behind schedule and consuming nearly all of the Apple car team's attention, said three people familiar with the project.

Apple's deal with Volkswagen and the failure of its talks with other automakers reflect the continuing travails and diminished scope of the Cupertino company's 4-year-old car program.

The project has suffered from repeated changes in direction that have hurt morale and led to hundreds of departures from its peak of more than 1,000 members two years ago, five former Apple employees said. They added that the project lacked a clear plan beyond the vans, including any near-term commercial goals.

## DRIVING THE FUTURE

The fits and starts have most likely put Apple even further behind in the race toward the self-driving future. Waymo, the self-driving business spun out of Google, as well as startups and some carmakers have been testing various autonomous vehicles on public roads for years. Some of the programs have hit hurdles — Uber on Wednesday said it was shutting down its self-driving operations in Arizona and laying off about 300 employees in the area — but many have already gathered extensive data on autonomous driving patterns to improve their technology.

Apple declined to comment.

Apple originally began its car project — known internally as Titan and T172 — in 2014. At the time, Apple planned to build a single vehicle that would upend society and industry, in what would be the automotive version of the iPhone. The company set to work on an electric driverless car with a lush interior reminiscent of a lounge or living room, where passengers face each other behind the wheel, according to interviews and documents about the plans viewed by the New York Times.

Apple's ambitious plan proved too audacious. By 2016, Apple planned to spend hundreds of millions of dollars to build research and development labs each other, which some employees tested by sitting inside, similar to a design Mercedes advertised in 2015.

As recently as 2016, Apple planned to spend hundreds of millions of dollars to build research and development labs around its Cupertino campus, including a machine shop and labs for electric car batteries, according to interviews and documents about the plans viewed by the New York Times.

Late last year, Apple found a partner in Volks-

wagen. Buffeted by a scandal around cheating emissions tests — and lagging rivals in development of self-driving cars — Volkswagen jumped at the chance, former Apple employees said.

Now, at a lab near Tu-

rin, Italy, run by a Volkswagen subsidiary called Italdesign, the companies plan to remake Volkswagen's T6 vans as electric self-driving shuttles, these people said.

*Jack Nicas is a New York Times writer.*

---

# LEGAL NOTICES

VISIT SFGATE.COM/LEGALNOTICES

### NOTICES OF PROBATE

NOTICE OF PROBATE —
Cesar R. Fumar, Esq.
Cesar R Fumar Law Offices
P.O. Box 8095
Pittsburg, CA 64565
Telephone: 925/757-9800
Facsimile: 888-877-4261
Email: cesar@fumarlaw.com
Petitioner: JAMES GLENN BEATTY
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO
400 McAllister Street
San Francisco, CA 94102
Civic Center Courthouse
ESTATE OF CATHERINE BICKEL,
DECEDENT
NOTICE OF PETITION TO
ADMINISTER ESTATE OF:

**PUBLIC NOTICES
(NON-GOVERNMENT)**

### NOTICES OF PROBATE

CATHERINE BICKEL
CASE No: PES-18-301892
To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both, of CATHERINE BICKEL.
A Petition for Probate has been filed by JAMES GLENN BEATTY in the Superior Court of California, County of SAN FRANCISCO.
The Petition for Probate requests that JAMES GLENN BEATTY be appointed as personal representative to administer the estate of the decedent.
The petition requests the decedent's will and codicils, if any, be admitted to probate. The will and any codicils are

**PUBLIC NOTICES
(NON-GOVERNMENT)**

### NOTICES OF PROBATE

available for examination in the file kept by the court.
The petition requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court

**PUBLIC NOTICES
(NON-GOVERNMENT)**

### NOTICES OF PROBATE

should not grant the authority.
A hearing on the petition will be held as follows:
Date: June 5, 2018 at 9:00 AM, Dept 204, Probate Department, Superior Court of California, County of San Francisco, 400 McAllister Street, San Francisco, CA 94102.
If you object to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.
If you are a creditor or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58 (b) of the California Probate Code, or (2) 60 days from the date of mailing a personal delivery to you of a notice under section 9052 of the California Probate Code. Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.
You may examine the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.
Attorney for petitioner:
CESAR R. FUMAR, ESQ.
CESAR FUMAR LAW OFFICES
P.O. BOX 8095
PITTSBURG, CA 94565
Telephone: 925-757-9800
Publication dates:
May 21, 25, 28, 2018

### FICTITIOUS BUSINESS NAMES

FICTITIOUS BUSINESS
NAME STATEMENT
FILE NO. A-0381540-00

The following person is doing business as: Institute Of Advanced Uncertainty (LGL), 294-296 Ivy Street, San Francisco County, San Francisco, CA 94102. Full name of registrant #1: Helen Berggrun, Trustee of Five Arts Foundation, 1566 Guerrero Street, San Francisco, CA 94110-5623. Full name of registrant #2: Hilary Gitelman, Trustee of Five Arts Foundation, 1566 Guerrero Street, San Francisco, CA 94110-5623. This business is conducted by A Trust.
The registrant commenced to transact business under the above listed fictitious business name on Not Applicable.

This statement was filed with the County Clerk of San Francisco on:
May 21, 2018
May 25; June 1, 8, 15, 2018

### FICTITIOUS BUSINESS NAME STATEMENT

FILE NO. A-0381312-00

The following person is doing business as: VB Promotions, 1419 Stockton St., San Francisco, San Francisco County, CA 94133. Full name of registrant #1: Vertical Barre, LLC (CA), 380 14th St. PMB 509, San Francisco, CA 94103. This business is conducted by a Limited Liability Company.
The registrant commenced to transact business under the above listed fictitious business name on April 7, 2018. This statement was filed with the County Clerk of San Francisco on:
May 07, 2018
May 11, 18, 25; June 1, 2018

**To All Purchasers of Bertolli Olive Oil (the "Products"):**
**A Class Action Settlement May Affect Your Rights**

**WHO IS AFFECTED**
You are affected by this class action settlement if, between: (i) May 23, 2010 and April 16, 2018, you purchased, in the United States, a bottle of Bertolli Extra Virgin Olive Oil and/or (ii) May 23, 2010 and December 30, 2015, you purchased, in the United States, a bottle of Bertolli Classico or Extra Light Olive Oil. A complete list of covered products is included on the website www.oliveoilsettlement.com (the "Products").

This notice summarizes the proposed Settlement. For the precise terms and conditions of the Settlement, please see www.oliveoilsettlement.com or contact the Claim Administrator at the telephone number or address below.

**WHAT DOES THE SETTLEMENT PROVIDE**
To settle the case, Defendant will create a settlement fund of $7,000,000.00. If you make a valid claim in the settlement, you will receive a cash payment for each bottle of olive oil that you purchased. The amounts paid to for each purchase will vary depending on the Product type, date of purchase, and number of claims received. The amounts to be paid are expected to be at least $0.75 to $1.75 per Product, and may be as much as $3.75 to $8.75 per Product. You may make a claim without proof of purchase, but only for up to five products purchased by your household, for which you will receive a maximum combined recovery of $25.00. There is no limit on the number of items you can claim for which you submit proof of purchase. Proof of purchase means itemized retail sales receipts showing, at a minimum, the name of the product, and the date, place, and amount of purchase.

**HOW TO GET THE REFUND**
To get your refund, visit the settlement website at www.oliveoilsettlement.com and download or complete a claim form. You can also obtain a claim form by contacting the Claim Administrator.

**HOW TO OPT OUT OF THE SETTLEMENT**
The settlement will release all claims related to Plaintiffs' contentions that Defendant's marketing, advertising, and sale of Bertolli brand olive oil with the representations "Imported from Italy" and "Extra Virgin" were false or misleading. If you wish to preserve your right to bring a separate lawsuit on these claims, you must exclude yourself from the class.

**OBJECTING TO THE SETTLEMENT**
You can also object to the settlement. For details on how to exclude yourself or object, please visit www.oliveoilsettlement.com or contact the Claim Administrator.

**COURT HEARING AND ATTORNEYS' FEES**
The Court will hold a hearing on August 9, 2018 to consider whether to approve the settlement. The attorneys for the class will ask the court to award them up to $2,100,000.00 in fees and approximately $150,000.00 in out of pocket expenses and up to $11,000.00 in incentives to the individuals who pursued the suit, out of the settlement fund. If any balance remains in the settlement fund after payment of claims, costs of settlement notice and administration, and court-awarded fees, costs and incentives, the attorneys will ask the Court to give the remaining balance to various charitable organizations as further described at www.oliveoilsettlement.com. Note that the hearing date may change without further notice to you. Consult the settlement website at www.oliveoilsettlement.com or PACER, at https://ecf.cand.uscourts.gov, for updated information on the hearing date and time.

The case is *Koller v. Deoleo USA, Inc., et al.*, United States District Court for the Northern District of California, Case No. 3:14-cv-02400-RS.

**For further information, please visit the settlement website:** www.oliveoilsettlement.com. You may contact the Claim Administrator by phone at 1-855-732-9315 or by writing to Koller v. Deoleo Settlement, Claim Administrator, 1801 Market Street, Suite 660, Philadelphia, PA 19103. You may also contact class counsel at Gutride Safier LLP, 100 Pine Street, Suite 1250, San Francisco, CA 94111, access the Court docket on PACER available at https://ecf.cand.uscourts.gov, or visit the office of the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Ave, San Francisco, CA from 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

Two former employees also recalled how their colleagues built a model of a sport utility vehicle with four seats facing

☆☆☆☆☆● | **SFChronicle.com** | Friday, June 1, 2018 | **C5**

## BUSINESS

# Waymo buying up to 62,000 minivans

*Waymo from page C1*

vans that it has been testing in Phoenix; Mountain View; Austin, Texas; and Kirkland, Wash.

"We're excited to deepen our relationship with (Fiat) that will support the launch of our driverless service, and explore future products that support Waymo's mission," Waymo CEO John Krafcik said in a statement.

Waymo, a unit of Mountain View's Alphabet, will begin purchasing the minivans late this year. It gave no details on how many it expects to purchase this year or next, or what period the technology to automakers like Fiat Chrysler.

The company has been working on self-driving technology for nearly a decade and is focusing on four potential lines of business. In addition to the ride service it intends to start, Waymo also expects to put its autonomous-driving technology into trucks and delivery vehicles. It is also developing systems for buses or other vehicles that can ferry riders to mass transportation systems. The fourth area would involve licensing its technology to automakers like Fiat Chrysler.

In March, Krafcik said these four areas have the potential to become highly profitable. Waymo does not intend to make cars itself.

The companies said Thursday that they were in talks about licensing Waymo technology to Fiat Chrysler so the carmaker can at some point sell self-driving minivans to consumers.

Fiat Chrysler "is committed to bringing self-driving technology to our customers in a manner that is safe, efficient and realistic," CEO Sergio Marchionne said in a statement. "Strategic partnerships, such as the one we have with Waymo, will help to drive innovative technology to the forefront."

*Neal E. Boudette is a New York Times writer.*



Paul Sancya / Associated Press 2017

**Waymo CEO John Krafcik** shows off a Chrysler Pacifica used by Waymo.

---

# SoftBank, GM steer huge investments to Cruise

*Cruise from page C1*

to put production to work," said Michael Ronen, managing partner of SoftBank Investment Advisors, which manages the fund.

SoftBank will get a 19.6 percent stake in the newly formed GM Cruise Holdings LLC. The investment values the business at $11.5 billion — a huge premium to what GM paid, which was between $500 million and a billion, depending on incentives.

That lofty valuation, and future upside, will be a potent recruiting tool, said Kyle Vogt, Cruise CEO and co-founder.

"That's just the tip of the iceberg of what the company's value could be," he said. "Equity is a really attractive element of working at Cruise and will really help us in the war to acquire the best talent in the space."

Cruise now has 740 full-time employees in San Francisco and has increased its employee count by 40 percent a quarter, a pace Vogt expects to continue.

"Developing this technology is one of the most challenging problems of our generation," he said. "The complexity requires a very large number of people."

Cruise recently moved into new headquarters at 1201 Bryant St., from which its dozens of self-driving Chevy Bolts head out around the clock for tests on city streets with backup drivers.

GM continues to see ride-hailing as the obvious first use for robot cars, GM President Dan Ammann said.

"Beyond that, we see opportunities to move goods, package delivery and other use cases."

While Ammann ducked questions about where the robot taxis would launch, he said the fleets will be able to grow rapidly.

"GM knows how to do large-scale industrial production," he said.

SoftBank will invest $900 million initially and $1.35 billion when Cruise's autonomous cars are ready for deployment. GM's $1.1 billion infusion will come as soon as the deal closes.

Scores of companies, including virtually every automaker, are racing to get robot cars ready for commercial use.

Both GM and SoftBank have a web of investments related to self-driving cars, notably major stakes in Lyft by GM and in Uber by SoftBank.

GM has been quiet about its Lyft relationship, although its $500 million stake makes it a major investor. Ammann said GM does not have any active projects with Lyft.

"This whole space has a lot of relationships," he said. "All our energy now is focused on getting this technology ready for full driverless commercial deployment."

Underscoring that point, on Wednesday, Uber CEO Dara Khosrowshahi said at the Code conference in Los Angeles that his company was talking to Google parent Alphabet, about allowing Waymo self-driving vehicles to be hailed on the Uber app.

*Carolyn Said is a San Francisco Chronicle staff writer. Email: csaid@sfchronicle.com Twitter: @csaid*

---

# Monster plans big cryptocurrency offering

**By Benny Evangelista**

Monster Products, known for headphones and electronics cables, is turning to cryptocurrencies as part of its latest bid to reverse a tide of red ink.

The South San Francisco company plans to raise $300 million through what's known as an initial coin offering, a sale of digital tokens used both as a store of value and a means of payment. Monster plans to use its Monster Money tokens and blockchain technology — the technical underpinnings of cryptocurrencies like bitcoin and ethereum — to run the Monster Money Network, according to a document filed Friday with the Securities and Exchange Commission.

Monster Products said it will offer up to 300 million of those tokens at $1 each, which will then be used on the network to buy its products and services. Initial coin offerings, seen as a way to embrace blockchain technology and bypass traditional venture financing and stock offerings, have drawn regulators' attention lately, with concerns about scams and fraud.

The move to cryptocurrency isn't a complete shift away from the company's main consumer electronics business, which includes products like speaker and TV cords, Chief Operating Officer and interim President Fred Khalilian told The Chronicle.

But if the SEC approves the plan, a Monster cryptocurrency opens the door for potential new revenue sources, he said. The company has a website that touts the benefits of Monster Money in manufacturing, marketing, loyalty programs and global payments.

Founded as Monster Cable Products by CEO Noel Lee in San Francisco in 1978, the company is best known for its high-end speaker wires, power cables and other electronics accessories. Monster's fortunes rose to new heights when it helped introduce the popular Beats by Dre designer headphones line in the mid-2000s.

But the company, which was not publicly traded until recently, struggled financially after the dissolution of its partnership with Beats Electronics co-founders Jimmy Iovine and Andre "Dr. Dre" Young in 2012. Since then, the company has tried to market new lines of headphones and delved into other products and services, including online poker. The company bought its first-ever Super Bowl commercial in February.

The SEC filing details the company's mounting financial losses. Monster posted a net loss of $19.6 million in the quarter that ended March 31. That comes on top of a net loss of $26.7 million on sales of $55.5 million in 2017, and net loss of $29 million on revenue of $657.7 million in 2016.

"Monster's current business strategy is shifting focus away from simply building its product range to pursuing alternative retail platforms and implementing new marketing campaigns," the company said in the filing.

Monster plans to use blockchain technology "for payment processing, market analysis, accounting, audit and payroll services, inventory management and shipping operation," the filing said. "Eventually Monster hopes to use its influence, scale and global connections along with blockchain technology to bring a number of e-commerce platforms onto Monster Money Network where transactions will be processed and completed instantly with low or no transaction costs."

The company plans to create a total of 500 million tokens, but retain 200 million in a company wallet to be "released gradually" by the company's board of directors as incentives for "developers, contributors and strategic partners," the filing said.

Should the network fail to launch, the company said in the filing that it will issue 75 million shares of regular stock and exchange each share for four tokens.

This is not the only unusual financial maneuver Monster has pulled recently. In April, it was acquired by a so-called "blank check" company, Atlantic Acquisition Corp. Such firms have publicly traded shares but no operating business, and seek businesses to acquire. Reverse acquisitions, as these deals are known, allow companies to become public without undergoing the process of preparing and marketing an initial public offering to investors.

Khalilian said Lee will remain as CEO, but the company is seeking to hire a permanent president.

*Benny Evangelista is a San Francisco Chronicle staff writer. Email: bevangelista@sfchronicle.com Twitter: @ChronicleBenny*

---

# LEGAL NOTICES   VISIT SFGATE.COM/MARKETPLACE

| PUBLIC NOTICES (NON-GOVERNMENT) | PUBLIC NOTICES (NON-GOVERNMENT) | PUBLIC NOTICES (NON-GOVERNMENT) | PUBLIC NOTICES | PUBLIC NOTICES | FICTITIOUS BUSINESS NAMES |

**To All Purchasers of Bertolli Olive Oil (the "Products"):
A Class Action Settlement May Affect Your Rights**

**WHO IS AFFECTED**

You are affected by this class action settlement if, between: (i) May 23, 2010 and April 16, 2018, you purchased, in the United States, a bottle of Bertolli Extra Virgin Olive Oil and/or (ii) May 23, 2010 and December 30, 2015, you purchased, in the United States, a bottle of Bertolli Classico or Extra Light Olive Oil. A complete list of covered products is included on the website www.oliveoilsettlement.com (the "Products").

This notice summarizes the proposed Settlement. For the precise terms and conditions of the Settlement, please see www.oliveoilsettlement.com or contact the Claim Administrator at the telephone number or address below.

**WHAT DOES THE SETTLEMENT PROVIDE**

To settle the case, Defendant will create a settlement fund of $7,000,000.00. If you make a valid claim in the settlement, you will receive a cash payment for each bottle of olive oil that you purchased. The amounts paid to for each purchase will vary depending on the Product type, date of purchase, and number of claims received. The amounts to be paid are expected to be at least $0.75 to $1.75 per Product, and may be as much as $3.75 to $8.75 per Product. You may make a claim without proof of purchase, but only for up to five products purchased by your household, for which you will receive a maximum combined recovery of $25.00. There is no limit on the number of items you can claim for which you submit proof of purchase. Proof of purchase means itemized retail sales receipts showing, at a minimum, the name of the product, and the date, place, and amount of purchase.

**HOW TO GET THE REFUND**

To get your refund, visit the settlement website at www.oliveoilsettlement.com and download or complete a claim form. You can also obtain a claim form by contacting the Claim Administrator.

**HOW TO OPT OUT OF THE SETTLEMENT**

The settlement will release all claims related to Plaintiffs' contentions that Defendant's marketing, advertising, and sale of Bertolli brand olive oil with the representations "Imported from Italy" and "Extra Virgin" were false or misleading. If you wish to preserve your right to bring a separate lawsuit on these claims, you must exclude yourself from the class.

**OBJECTING TO THE SETTLEMENT**

You can also object to the settlement. For details on how to exclude yourself or object, please visit www.oliveoilsettlement.com or contact the Claim Administrator.

**COURT HEARING AND ATTORNEYS' FEES**

The Court will hold a hearing on August 9, 2018 to consider whether to approve the settlement. The attorneys for the class will ask the court to award them up to $2,100,000.00 in fees and approximately $150,000.00 in out of pocket expenses and up to $11,000.00 in incentives to the individuals who pursued the suit, out of the settlement fund. If any balance remains in the settlement fund after payment of claims, costs of settlement notice and administration, and court-awarded fees, costs and incentives, the attorneys will ask the Court to give the remaining balance to various charitable organizations as further described at www.oliveoilsettlement.com. Note that the hearing date may change without further notice to you. Consult the settlement website at www.oliveoilsettlement.com or PACER, an electronic database, at https://ecf.cand.uscourts.gov, for updated information on the hearing date and time.

The case is *Koller v. Deoleo USA, Inc., et al.*, United States District Court for the Northern District of California, Case No. 3:14-cv-02400-RS.

For further information, please visit the settlement website: www.oliveoilsettlement.com. You may contact the Claim Administrator by phone at 1-855-732-9315 or by writing to Koller v. Deoleo Settlement, Claim Administrator, 1801 Market Street, Suite 660, Philadelphia, PA 19103. You may also contact class counsel at Gutride Safier LLP, 100 Pine Street, Suite 1250, San Francisco, CA 94111, access the Court docket on PACER available at https://ecf.cand.uscourts.gov, or visit the office of the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Ave, San Francisco, CA from 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**PUBLIC HEARING: FISCAL YEAR 2018/19 ANNUAL BUDGET TREASURE ISLAND MOBILITY MANAGEMENT AGENCY**

TUESDAY, June 19, 2018; 10:30 AM

The following notice is hereby given: The Treasure Island Mobility Management Agency (TIMMA) will hold a hearing to consider the adoption of its Fiscal Year 2018/19 Budget at its Committee meeting on Tuesday, June 19, 2018 at 10:30 a.m. in the Committee Room, City Hall Room 250, at 1 Dr. Carlton B. Goodlett Place, San Francisco, California.

Following recommendation of the Fiscal Year 2018/19 Budget by the Committee, the TIMMA Board of Commissioners will consider the Fiscal Year 2018/19 Annual Budget in the amount of approximately $3.5 million at its meeting on Tuesday, June 26, 2018 at 11:00 a.m. in the Legislative Committee Room, City Hall Room 250.

Members of the public will have an opportunity to provide input at both the June 19 and June 26 meetings.

The proposed budget is available for public review at the board of Supervisors Clerk's Office, City Hall Room 244, at the San Francisco Public Library (Main Branch), at the offices of various Chambers of Commerce, and at the San Francisco County Transportation Authority's office at 1455 Market Street, 22nd Floor, as well as through TIMMA's website at www.timma.org.
6/1/18
CNS-3159083#

**JEFFERSON ELEMENTARY SCHOOL DISTRICT BOARD SEEKS APPLICATIONS FOR UNEXPIRED TERM OF FORMER TRUSTEE**

During their meeting of May 23, 2018, the Jefferson Elementary School District Board of Trustees announced the vacancy left on the board due to the resignation of Rebecca Douglass. Individuals who wish to apply for this vacancy should do so by submitting application materials (available at www.jsd.k12.ca.us) indicating their desire to serve on a trustee of the Jefferson Elementary School District, which must be submitted to the Superintendent's Office at 101 Lincoln Avenue, Daly City, 94015 no later than 3:00 p.m., Wednesday, June 20, 2018. Qualified applicants will be notified and interview of applicants for the seat will be conducted during a regular public meeting scheduled for 7:00 p.m. on Wednesday, June 27, 2018 at City Hall, Council Chambers, 333 - 90th Street, Daly City.

If you have any questions or need any additional information, please do not hesitate to contact the Superintendent's Office at (650) 746-2400.
5/31, 6/1, 6/2, 6/3, 6/4, 6/5, 6/6, 6/7, 6/8, 6/9, 6/14, 6/15, 6/16/18
CNS-3173654#

**DAILY DELIVERY TO YOUR DOORSTEP**
SFCHRONICLE.COM/E-EDITION


SFO

**REQUEST FOR PROPOSALS FOR THE TERMINAL 3 COFFEE and QUICK SERVE CONCESSION LEASE AT SAN FRANCISCO INTERNATIONAL AIRPORT**

The Airport Commission has commenced the Request for Proposals (RFP) process for the Terminal 3 Coffee and Quick Serve Concession Lease. The Lease is comprised of two locations totaling 1,991 square feet in Boarding Area F of Terminal 3.

The proposed minimum financial offer for the Terminal 3 Coffee and Quick Serve Concession Lease is $375,000.00. The Lease shall have a term of eight years and two (2) one-year options to extend. Rent shall be the higher of the Minimum Annual Guarantee or the sum of the percentage rent as follows: 6% of Gross Revenues achieved up to and including $1,000,000 plus 8% of Gross Revenues achieved from $1,500,000.01 up to and including $2,000,000.00; plus 10% of Gross Revenues over $2,000,000.00. Small, local, and disadvantaged businesses are encouraged to participate.

The Informational Conference will be held on Wednesday, June 20th, 2018 at 10:00 a.m. at the Terminal 2 Partnering Conference Room, at San Francisco International Airport.

Please see http://www.flysfo.com/business-at-sfo/current-opportunities for additional information or call Nanette Hendrickson, Assistant Director, Revenue Development and Management Department, (650) 821-4500.
CNS-3138533#

**FICTITIOUS BUSINESS NAME STATEMENT FILE NO. A-0381359-00**

The following person is doing business as: Level Up Group, 932 Esmeralda Ave, San Francisco County, San Francisco, CA 94110.

Full name of registrant #1: Michael Minaker, 932 Esmeralda Ave, San Francisco, CA 94109. This business is conducted by an individual.

The registrant commenced to transact business under the above listed fictitious business name on May 24, 2018.

This statement was filed with the County Clerk of San Francisco on: May 08, 2018
June 1, 8, 15, 22, 2018

**FICTITIOUS BUSINESS NAME STATEMENT FILE NO. A-0381540-00**

The following person is doing business as: Institute Of advanced Uncertainty (I.O.U.), 294-296 Ivy Street, San Francisco County, San Francisco, CA 94102. Full name of registrant #1: Helen Bergmann, Trustee of Five Arts Foundation, 1366 Guerrero Street, San Francisco, CA 94110-3625. This business is conducted by a Trust.

The registrant commenced to transact business under the above listed fictitious business name on: Not Applicable.

This statement was filed with the County Clerk of San Francisco on: May 21, 2018
May 25; June 1, 8, 15, 2018

**FICTITIOUS BUSINESS NAME STATEMENT FILE NO. A-0381312-00**

The following person is doing business as: VB Promotions, 1419 Stockton St., San Francisco, San Francisco County, CA 94133. Full name of registrant #1: Vertical Barre, LLC (CA), 380-14th St. PMB 309, San Francisco, CA 94103. This business is conducted by a Limited Liability Company.

The registrant commenced to transact business under the above listed fictitious business name on: Not Applicable.

This statement was filed with the County Clerk of San Francisco on: May 21, 2018
May 11, 18, 25; June 1, 2018

**CARS**
Browse the latest reviews on the newest models.
SFGATE.COM/CARS
San Francisco Chronicle | SFGATE

☆☆☆☆☆ • SFCHRONICLE.COM • **Friday, June 8, 2018** • **C5**

Advertiser: Bertolli Olive Oil - Mansi Media
Agency: MANSI Media
Section-Page-Zone(s): C-5-All
Description:

Ad Number: S0115097
Insertion Number: 6154092004
Size: Broadsheet 1/6 Page
Color Type: Black&White

San Francisco Chronicle
Friday, June 08, 2018

## BUSINESS

# Zscaler is top tech IPO performer

San Jose's Zscaler became the best-performing U.S. technology initial public offering of the year Thursday, after it announced revenue growth that analysts noted was "well ahead" of estimates.

The stock jumped as much as 38 percent in trading Thursday morning, bringing performance since its initial public offering in March to about 164 percent. It eventually closed at $37.79, up 23 percent.

This year's U.S. tech and communications IPOs have returned 56 percent on average, according to data weighted by offering size and compiled by Bloomberg as of Wednesday.

The technology security company easily scaled Wall Street's expectations in its first earnings report as a public company. It posted $49.2 million in revenue in the third quarter, beating even the most bullish analyst estimates. Zscaler also cited "strong" billings growth, which rose 73 percent.

"Zscaler is a unique company positioned to disrupt a major sector and in the early stages of its emergence," Needham analyst Alex Henderson wrote in a note. Henderson rates the company a strong buy, with a price target of $40

a share. "We think this is going to be a major company over time," he added.

After the earnings report, analysts brightened their outlook. The average price target for Zscaler rose to $32 from $29 a week ago, Bloomberg data show. Still, some analysts cautioned against unbridled enthusiasm.

Morgan Stanley analyst Melissa Franchi wrote in a note

that next quarter has a high bar to meet, as the company had several large deals in the same quarter last year. With shares already trading at an elevated level, "we're awaiting a more attractive entry point," Franchi wrote, rating the stock the equivalent of a hold.

*Austin Weinstein is a Bloomberg writer. Email: aweinstein18@bloomberg.net*

# U.S. moves to lift sanctions on China's ZTE

**By Ana Swanson, Michael J. de la Merced and Prashant S. Rao**

The United States announced a deal Thursday to lift tough sanctions on Chinese telecommunications giant ZTE, a company that has been at the center of a dispute between China and the United States.

The Commerce Department said that ZTE had agreed to pay a $1 billion fine and allow the United States to more closely inspect the company by effectively having a hand-picked compliance team embedded inside.

It is not clear what the United States received in return. ZTE had been a bargaining chip in negotiations between the two

countries, which have been striving to reach a trade deal that would prevent tit-for-tat tariffs from going into effect.

But the company's fate has gotten caught up in a bigger web, including an upcoming summit between President Trump and North Korea's leader and the success of a U.S. telecom company, Qualcomm, which sells a large amount of semiconductors to ZTE and is awaiting Chinese approval of a deal to acquire a Dutch telecom firm that will help it build the next generation of wireless technology, known as 5G.

Trump softened his approach on ZTE several weeks ago after Chinese President Xi Jinping asked Trump to consider easing penalties on the company, which was headed toward collapse after U.S. sanctions barred it from buying any U.S.-made goods. That request came at a sensitive diplomatic moment for Trump, who is heading to Singapore next week to meet with North Korea's leader, Kim Jong Un. Trump has made Xi his partner on North Korea while condemning


Greg Baker / AFP / Getty Images 2018

**U.S. Commerce Secretary Wilbur Ross (center) leaves a Beijing hotel June 2. U.S. officials have reached a deal to ease sanctions against Chinese smartphone maker ZTE.**

China's trade practices.

Trump has said the ZTE move is part of "the larger trade deal we are negotiating with China and my personal relationship with President Xi."

The settlement with ZTE is likely to inflame lawmakers, including top Republicans, who have objected to helping a Chinese company that has been accused of posing a national

security threat. Defense officials have long been concerned that the company's products may be vulnerable to espionage or disruption. Major U.S. wireless carriers have for years been effectively blocked from buying its network equipment.

*Ana Swanson, Michael J. de la Merced and Prashant S. Rao are New York Times writers.*

# Plan could revive old Dumbarton railroad bridge

Facebook from page C1

book recruit employees who live in Newark, Fremont and other East Bay communities but may be intimidated by the current jam on the Dumbarton road bridge. The rebuilt line could connect to the existing rail network.

The project could also include bicycle and pedestrian facilities as well as "enhanced bus service," the report said.

The Dumbarton Rail Bridge stopped operating in the 1980s, and SamTrans bought it and some nearby areas in 1994. But Facebook is the first group,

public or private, that has shown interest since then in helping fund a reintroduction of rail, the report said. The company contributed $1 million two years ago to a study on area traffic improvements in partnership with SamTrans.

Members of the SamTrans board said the public-private partnership could set an example for how to address congestion across the region.

"I'm just really thrilled and excited to do this here in San Mateo County and take the lead on something like this," Rose Guilbault, a SamTrans board member, said at Wednesday's

board meeting.

John Tenanes, Facebook's vice president of global facilities and real estate, said in a statement that the Dumbarton corridor was "one of many projects we are looking at to ease congestion in the Bay Area."

The company wants to reopen the Dumbarton rail bridge, he said, but "it's still early days and we need to understand the environmental impact of the proposal."

Traffic has gotten worse across the Peninsula recently as priced-out employees commute long distances to get to work. Some cities are considering a

new tax that would raise substantial sums from large companies like Google and Apple to fund transportation improvements.

Facebook wants to build a new campus called Willow Village in Menlo Park, which would eventually bring its staff to 35,000 people — roughly the city's current population.

Ray Mueller, Menlo Park's mayor pro tem, welcomed Facebook's interest in reviving the Dumbarton corridor.

"It's exactly the type of progress we need here in Menlo Park in order to make the type of development they are con-

templating work," he said.

Even as it hopes to move forward with the mammoth Menlo Park project, Facebook is also expanding rapidly across the Bay Area. It recently snapped up more than 1 million square feet of space in Sunnyvale, opened an office for its Instagram subsidiary at 181 Fremont in San Francisco, and leased all the office space in a 43-story office tower in San Francisco.

*Wendy Lee is a San Francisco Chronicle staff writer. Email: wlee@sfchronicle.com Twitter: @thewendylee*

# LEGAL NOTICES   VISIT SFGATE.COM/MARKETPLACE

*(Legal notices and classified advertisements follow in fine print, including: Public Notices, Jefferson Elementary School District Board Seeks Applications for Unexpired Term of Former Trustee, Notices of Probate, Fictitious Business Names Statements, and the Bertolli Olive Oil Class Action Settlement notice "To All Purchasers of Bertolli Olive Oil (the 'Products') — A Class Action Settlement May Affect Your Rights.")*

Exhibit 4



**Happy at Last**
"I found someone who will be my teammate," Kufrin says of her fiancé. "He's a special one."

genuine, who would still be himself at the end."

It appears she found what she was looking for—and then some. "I definitely had strong feelings for multiple people," she admits. "And a lot of the guys kept surprising me week by week. I felt like a giddy schoolgirl half the time!"

Kufrin says those emotions also helped develop a new understanding for what Arie experienced. "Making the tough decisions, I could empathize with him a lot more," she says. "Trying to balance feelings for multiple people—it's not easy, and there's no rule book."

But by the end, Kufrin says, her uncertainty vanished as she fell head over heels for her fiancé. The engagement "was the happiest moment in my life," she says. And given her painful past, Kufrin is more than ready for a fresh start. "This time it just has a different feeling. I'm so excited for everyone to see how it happened. I finally found my missing puzzle piece. And in my heart it just feels so right." ●

SHORTS: PAIGE

## To All Purchasers of Bertolli Olive Oil (the "Products"): A Class Action Settlement May Affect Your Rights

### WHO IS AFFECTED
You are affected by this class action settlement if, between: (i) May 23, 2010 and April 16, 2018, you purchased, in the United States, a bottle of Bertolli Extra Virgin Olive Oil and/or (ii) May 23, 2010 and December 30, 2015, you purchased, in the United States, a bottle of Bertolli Classico or Extra Light Olive Oil. A complete list of covered products is included on the website www.oliveoilsettlement.com (the "Products").

This notice summarizes the proposed Settlement. For the precise terms and conditions of the Settlement, please see www.oliveoilsettlement.com or contact the Claim Administrator at the telephone number or address below.

### WHAT DOES THE SETTLEMENT PROVIDE
To settle the case, Defendant will create a settlement fund of $7,000,000.00. If you make a valid claim in the settlement, you will receive a cash payment for each bottle of olive oil that you purchased. The amounts paid to for each purchase will vary depending on the Product type, date of purchase, and number of claims received. The amounts to be paid are expected to be at least $0.75 to $1.75 per Product, and may be as much as $3.75 to $8.75 per Product. You may make a claim without proof of purchase, but only for up to five products purchased by your household, for which you will receive a maximum combined recovery of $25.00. There is no limit on the number of items you can claim for which you submit proof of purchase. Proof of purchase means itemized retail sales receipts showing, at a minimum, the name of the product, and the date, place, and amount of purchase.

### HOW TO GET THE REFUND
To get your refund, visit the settlement website at www.oliveoilsettlement.com and download or complete a claim form. You can also obtain a claim form by contacting the Claim Administrator.

### HOW TO OPT OUT OF THE SETTLEMENT
The settlement will release all claims related to Plaintiffs' contentions that Defendant's marketing, advertising, and sale of Bertolli brand olive oil with the representations "Imported from Italy" and "Extra Virgin" were false or misleading. If you wish to preserve your right to bring a separate lawsuit on these claims, you must exclude yourself from the class.

### OBJECTING TO THE SETTLEMENT
You can also object to the settlement. For details on how to exclude yourself or object, please visit www.oliveoilsettlement.com or contact the Claim Administrator.

### COURT HEARING AND ATTORNEYS' FEES
The Court will hold a hearing on August 9, 2018 to consider whether to approve the settlement. The attorneys for the class will ask the court to award them up to $2,100,000.00 in fees and approximately $150,000.00 in out of pocket expenses and up to $11,000.00 in incentives to the individuals who pursued the suit, out of the settlement fund. If any balance remains in the settlement fund after payment of claims, costs of settlement notice and administration, and court-awarded fees, costs and incentives, the attorneys will ask the Court to give the remaining balance to various charitable organizations as further described at www.oliveoilsettlement.com. Note that the hearing date may change without further notice to you. Consult the settlement website at www.oliveoilsettlement.com or PACER, at https://ecf.cand.uscourts.gov, for updated information on the hearing date and time.

The case is *Koller v. Deoleo USA, Inc., et al.*, United States District Court for the Northern District of California, Case No. 3:14-cv-02400-RS.

**For further information, please visit the settlement website:** www.oliveoilsettlement.com. You may contact the Claim Administrator by phone at 1-855-732-9315 or by writing to Koller v. Deoleo Settlement, Claim Administrator, 1801 Market Street, Suite 660, Philadelphia, PA 19103. You may also contact class counsel at Gutride Safier LLP, 100 Pine Street, Suite 1250, San Francisco, CA 94111, access the Court docket on PACER available at https://ecf.cand.uscourts.gov, or visit the office of the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Ave, San Francisco, CA from 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

# Exhibit 5



https://topclassactions.com/lawsuit-settlements/lawsuit-news/845778-bertolli-olive-oil-class-action-settlement/

**TOP CLASS ACTIONS**
CONNECTING CONSUMERS TO SETTLEMENTS, LAWSUITS & ATTORNEYS

Home   News   Set

# Bertolli Olive Oil Class Action Settlement

FOLLOW ARTICLE | Twitter | Facebook 0 | (email) | (print)

By Top Class Actions
June 6, 2018

Deoleo USA Inc. has agreed to pay $7 million to settle a class action lawsuit that contends that certain "Bertolli" brand olive oil products (the "Products") were inappropriately marketed as "Imported from Italy" and/or "Extra Virgin."

The lawsuit seeks a court order to preclude that marketing and to provide payments to purchasers. Deoleo denies any wrongdoing. It contends that the Products have always been truthfully marketed and labeled. The Court has not determined whether Plaintiffs or Deoleo are correct.

If you purchased certain Bertolli brand olive oil between May 23, 2010 and April 16, 2018, you may be entitled to a cash payment from the Bertolli class action settlement.

This case involves three types of Bertolli brand olive oil sold in the United States during specified time periods:

- Bertolli Extra Virgin Olive Oil: May 23, 2010 and April 16, 2018
- Bertolli Extra Light Olive Oil: May 23, 2010 and December 31, 2015
- Bertolli Classico Olive Oil: May 23, 2010 and December 31, 2015

For purposes of settlement only, the Court has conditionally certified the following settlement class:

All persons who, between: (i) May 23, 2010 and April 16, 2018, purchased, in the United States, any of the Extra Virgin Olive Oil Products except for resale and/or (ii) between May 23, 2010 and December 31, 2015, purchased, in the United States, any of the Other Olive Oil Products.

If the settlement does not become effective (for example, because it is not finally approved, or the approval is reversed on appeal), then this litigation will continue, but only on behalf of purchasers in California. California classes of the purchasers have already been certified by the Court. Those classes were defined as follows: the "(i) Imported From Italy Class: All purchasers in California of liquid Bertolli Extra Light, Classico, or Extra Virgin olive oil, between May 23, 2010 and May 30, 2014, except for those bearing labels "Organic," "Robusto," "Gentile," or "Fragrante;" and the "(ii) Extra Virgin Olive Oil Class: All purchasers in California of bottles of Bertolli Extra Virgin olive oil, between May 23, 2010 and August 15, 2015, except for those bearing labels "Organic," "Robusto," "Gentile," or "Fragrante."

In the notice available at www.oliveoilsettlement.com, these groups will be referred to as the California Litigation Classes. Members of the California Litigation Classes have the same rights as all Settlement Class members as explained in this notice, except that they will remain part of the case even if the Settlement is rejected, as specified in the section "Special Notice for Members of the California Litigation Classes."

The deadline to opt out or object to the Bertolli olive oil class action settlement is July 12, 2018.

**Who's Eligible**

Class Members of the Bertolli olive oil settlement include anyone who purchased in the United States (not for resale) the following Bertolli products during the relevant time period:

- Bertolli Extra Virgin Olive Oil between May 23, 2010 and April 16, 2018
- Bertolli Extra Light Olive Oil between May 23, 2010 and Dec. 31, 2015
- Bertolli Classico Olive Oil between May 23, 2010 and Dec. 31, 2015

**Potential Award**

**Up to $8.75 per product purchased.**

The amount each Class Member is entitled to receive depends on the type and number of Products purchased during the applicable time periods. The Minimum Payment amounts per Product are subject to pro-rata reduction if a large number of claims are received.

**Extra Virgin Olive Oil:**

- For purchases made between May 23, 2010 and Dec. 31, 2015, Class Members may claim a minimum payment of $1.75 per product purchased up to a maximum of $8.75 per product.
- For purchases made between Jan. 1, 2016 through April 16, 2018, Class Members may claim a minimum payment of 75 cents per product up to a maximum payment of $3.75 per product.

**Classico or Extra Light Olive Oil** (purchased between May 23, 2010 and Dec. 31, 2015): Class Members may claim a minimum of $1.50 per product purchased up to a maximum of $7.50 per product purchased.

**Proof of Purchase**

Class Members who do not submit proof of purchase may only claim up to five product purchases and will receive a maximum recovery of $25 per household. Household means one or more persons living at the same address.

There is no limit on the total recovery for items for which Class Members submit proof of purchase, such as an itemized retail sales receipt showing, at a minimum, the product name, and the date, place and amount of purchase.

**Claim Form**

CLICK HERE TO FILE A CLAIM »

**NOTE:** If you do not qualify for this settlement do NOT file a claim.

Remember: you are submitting your claim *under penalty of perjury*. You are also harming other eligible Class Members by submitting a fraudulent claim. If you're unsure if you qualify, please read the FAQ section of the Settlement Administrator's website to ensure you meet all standards (Top Class Actions is not a Settlement Administrator). If you don't qualify for this settlement, check out our database of other **open class action settlements** you may be eligible for.

**Claim Form Deadline**

9/8/2018 (estimated)

The Claim Form deadline will be scheduled on the date that is 30 days after the settlement receives final approval. The Claim Form deadline, when known, will be posted on www.oliveoilsettlement.com.

**Case Name**

*Koller v. Deoleo USA Inc.*, Case No. 3:14-cv-02400-RS, in the U.S. District Court for the Northern District of California

**Final Hearing**

8/9/2018

**Settlement Website**

www.OliveOilSettlement.com

**Claims Administrator**

Koller v. Deoleo Settlement
Claim Administrator
1801 Market Street, Suite 660
Philadelphia, PA 19103
1-855-732-9315
info@OliveOilSettlement.com

**Class Counsel**

Adam J. Gutride
Seth A. Safier
Kristen G. Simplicio
GUTRIDE SAFIER LLP

Hassan A. Zavareei
Jeffrey D. Kaliel
TYCKO & ZAVAREEI LLP

**Defense Counsel**

Jeffrey B. Margulies
Stephanie A. Stroup
Andy Guo
NORTON ROSE FULBRIGHT

https://www.classaction.org/settlements



**Target Flushable Wipes**
79 DAYS LEFT

| TYPICAL SETTLEMENT | SETTLEMENT DEADLINE | PROOF REQUIRED? |
|---|---|---|
| Varies | 9/7/18 | No |

U.S. residents who bought Up & Up flushable toddler wipes between April 28, 2010 and October 31, 2014 may be able to claim compensation.

VISIT SETTLEMENT CLAIM WEBSITE

**Bertolli Olive Oil**
• NEW
80 DAYS LEFT

| TYPICAL SETTLEMENT | SETTLEMENT DEADLINE | PROOF REQUIRED? |
|---|---|---|
| $8.75 | 9/8/18 | No |

If you bought one of several varieties of Bertolli brand olive oil between May 23, 2010 and April 16, 2018, you may be able to get your money back thanks to this settlement.

VISIT SETTLEMENT CLAIM WEBSITE

**Vitamix Blenders**
100 DAYS LEFT

| TYPICAL SETTLEMENT | SETTLEMENT DEADLINE | PROOF REQUIRED? |
|---|---|---|
| $70 Gift Card | 9/28/18 | N/A |

If you bought a Vitamix blender that has a blade assembly dated between January 2007 and October 2016, you may be able to claim a $70 gift card or a free blade replacement.

VISIT SETTLEMENT CLAIM WEBSITE

**Syngenta Corn Seed**
114 DAYS LEFT

| TYPICAL SETTLEMENT | SETTLEMENT DEADLINE | PROOF REQUIRED? |
|---|---|---|
| Varies | 10/12/18 | Yes |

Syngenta has agreed to settle a class action filed over its "Agrisure Viptera" genetically modified corn seeds.

VISIT SETTLEMENT CLAIM WEBSITE

**Takata Airbags**
127 DAYS LEFT

| TYPICAL SETTLEMENT | SETTLEMENT DEADLINE | PROOF REQUIRED? |
|---|---|---|
| Varies | 10/25/18 | Yes |

This settlement aims to cover BMW, Mazda, Subaru and Toyota owners.

This settlement aims to cover vehicle owners who were affected by the allegedly defective Takata airbags.

VISIT SETTLEMENT CLAIM WEBSITE

**Blue Cross Blue Shield of Michigan**
• NEW
136 DAYS LEFT

| TYPICAL SETTLEMENT | SETTLEMENT DEADLINE | PROOF REQUIRED? |
|---|---|---|
| $25 | 11/3/18 | Yes |

Blue Cross Blue Shield of Michigan customers who used the service in a Michigan general acute care hospital between January 2006 and June 23, 2014 may be included in this settlement.

VISIT SETTLEMENT CLAIM WEBSITE

Exhibit 6

# Gutride Safier LLP and Tycko & Zavareei LLP Announces Proposed Class Action Settlement on Behalf of Purchasers of Bertolli Olive Oil

Settlement fund of $7 million established; Eligible Class Members may receive $0.75 to $1.75 per Product, to as much as $3.75 to $8.75 per Product.

NEWS PROVIDED BY
**Angeion Group →** , **Gutride Safier LLP and Tycko & Zavareei LLP →**
May 18, 2018, 08:00 ET

SHARE THIS ARTICLE

    

PHILADELPHIA, May 18, 2018 /PRNewswire/ -- Gutride Safier LLP and Tycko & Zavareei LLP today announced that a proposed class action settlement has been reached involving purchasers of Bertolli Olive Oil (the "Products"). You are affected by this class action settlement if, between: (i) May 23, 2010 and April 16, 2018, you purchased, in the United States, a bottle of Bertolli Extra Virgin Olive Oil and/or (ii) May 23, 2010 and December 30, 2015, you purchased, in the United States, a bottle of Bertolli Classico or Extra Light Olive Oil. A complete list of covered products is included on the website www.oliveoilsettlement.com (the "Products").

This notice summarizes the proposed Settlement. For the precise terms and conditions of the Settlement, please see www.oliveoilsettlement.com or contact the Claim Administrator at the telephone number or address below.

The court has not determined whether any of the claims included in the settlement have merit, and the settlement is not an admission by Deoleo, the manufacturer of Bertolli olive oil of any wrongdoing.

**WHAT DOES THE SETTLEMENT PROVIDE?**

To settle the case, Defendant will create a settlement fund of $7,000,000.00. If you make a valid claim in the settlement, you will receive a cash payment for each bottle of olive oil that you purchased. The amounts paid to for each purchase will vary depending on the Product type, date of purchase, and number of claims received. The amounts to be paid are expected to be at least $0.75 to $1.75 per Product and may be as much as $3.75 to $8.75 per Product. You may make a claim without proof of purchase, but only for up to five products purchased by your household, for which you will receive a maximum combined recovery of $25.00. There is no limit on the number of items you can claim for which you submit proof of purchase. Proof of purchase means itemized retail sales receipts showing, at a minimum, the name of the product, and the date, place, and amount of purchase.

**HOW TO GET THE REFUND**

To get your refund, visit the settlement website at www.oliveoilsettlement.com and download or complete a claim form. You can also obtain a claim form by contacting the Claim Administrator.

**HOW TO OPT OUT OF THE SETTLEMENT**

The settlement will release all claims related to Plaintiffs' contentions that Defendant's marketing, advertising, and sale of Bertolli brand olive oil with the representations "Imported from Italy" and "Extra Virgin" were false or misleading. If you wish to preserve your right to bring a separate lawsuit on these claims, you must exclude yourself from the class.

**OBJECTING TO THE SETTLEMENT**

You can also object to the settlement. For details on how to exclude yourself or object, please visit www.oliveoilsettlement.com or contact the Claim Administrator.

**COURT HEARING AND ATTORNEYS' FEES**

The Court will hold a hearing on August 9, 2018 to consider whether to approve the settlement. The attorneys for the class will ask the court to award them up to $2,100,000.00 in fees and approximately $150,000.00 in out of pocket expenses and up to $11,000.00 in incentives to the individuals who pursued the suit, out of the settlement fund. If any balance remains in the settlement fund after payment of claims, costs of settlement notice and administration, and court-awarded fees, costs and incentives, the attorneys will ask the Court to give the remaining balance to various charitable organizations as further described at www.oliveoilsettlement.com. Note that the hearing date may change without further notice to you. Consult the settlement website at www.oliveoilsettlement.com or PACER, at https://ecf.cand.uscourts.gov, for updated information on the hearing date and time.

The case is Koller v. Deoleo USA, Inc., et al., United States District Court for the Northern District of California, Case No. 3:14-cv-02400-RS.

**For further information, please visit the settlement website:** www.oliveoilsettlement.com. You may contact the Claim Administrator toll-free by phone at 1-855-732-9315 or by writing to Koller v. Deoleo Settlement, Claim Administrator, 1801 Market Street, Suite 660, Philadelphia, PA 19103.

You may also contact class counsel at Gutride Safier LLP, 100 Pine Street, Suite 1250, San Francisco, CA 94111, access the Court docket on PACER available at https://ecf.cand.uscourts.gov, or visit the office of the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Ave, San Francisco, CA from 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**Media Contact:**
Angeion Group
Douglas S. Clauson
Director, Communications
(215) 563-4116

SOURCE Angeion Group; Gutride Safier LLP and Tycko & Zavareei LLP

# Gutride Safier LLP and Tycko & Zavareei LLP Announces Proposed Class Action Settlement on Behalf of Purchasers of Bertolli Olive Oil

English

PR Newswire ID: 2134310-1   Clear Time May 18, 2018 8:00 AM ET

## Exact Match Pickup

Exact matches are full text postings of your content which we have found in the online and social media that we monitor. Understand how it is calculated. Your release has generated **228** exact matches with a total potential audience of **79,764,270**.

Search:

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|------|-------------|----------|-------------|----------|--------------------|
| | Yahoo! <br> 🖥 View Release | Global | Portal | Media & Information | 65,604,000 visitors/day |
| | MarketWatch <br> 🖥 View Release | United States | Financial News Service | Financial | 633,000 visitors/day |
| | Wichita Business Journal <br> 🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Washington Business Journal <br> 🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Minneapolis / St. Paul Business Journal <br> 🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Triangle Business Journal <br> 🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Business Journal of the Greater Triad Area <br> 🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Tampa Bay Business Journal <br> 🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | St. Louis Business Journal <br> 🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|---|---|---|---|---|---|
| | South Florida Business Journal<br>💻 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Puget Sound Business Journal<br>💻 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | San Jose Business Journal<br>💻 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | San Francisco Business Times<br>💻 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | San Antonio Business Journal<br>💻 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Sacramento Business Journal<br>💻 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Portland Business Journal<br>💻 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Pittsburgh Business Times<br>💻 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Business Journal of Phoenix<br>💻 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Philadelphia Business Journal<br>💻 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Pacific Business News<br>💻 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Orlando Business Journal<br>💻 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | New York Business Journal<br>💻 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Nashville Business Journal<br>💻 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|------|-------------|----------|-------------|----------|--------------------|
| | Business Journal of Greater Milwaukee<br>🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Memphis Business Journal<br>🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Business First of Louisville<br>🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Los Angeles Business from bizjournals<br>🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Kansas City Business Journal<br>🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Jacksonville Business Journal<br>🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Houston Business Journal<br>🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Denver Business Journal<br>🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Dayton Business Journal<br>🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Dallas Business Journal<br>🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Business First of Columbus<br>🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Cincinnati Business Courier<br>🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Chicago Business News [Chicago, IL]<br>🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Charlotte Business Journal<br>🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|---|---|---|---|---|---|
| | Business First of Buffalo <br> 🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Boston Business Journal <br> 🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Birmingham Business Journal <br> 🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Baltimore Business Journal <br> 🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Austin Business Journal <br> 🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Atlanta Business Chronicle <br> 🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | New Mexico Business Weekly <br> 🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Business Review (Albany) <br> 🖥 View Release | United States | Newspaper | Media & Information | 275,000 visitors/day |
| | Morningstar <br> 🖥 View Release | Canada | Financial Data, Research & Analytics | Financial | 152,000 visitors/day |
| | ADVFN <br> 🖥 View Release | United States | Financial News Service | Financial | 115,000 visitors/day |
| | PR Newswire <br> 🖥 View Release | United States | PR Newswire | Media & Information | 100,000 visitors/day |
| | Pittsburgh Post-Gazette [Pittsburgh, PA] <br> 🖥 View Release | United States | Newspaper | Media & Information | 84,000 visitors/day |
| | Oklahoman [Oklahoma City, OK] <br> 🖥 View Release | United States | Newspaper | Media & Information | 53,000 visitors/day |
| | WBBH-TV NBC-2 [Fort Myers, FL] <br> 🖥 View Release | United States | Broadcast Media | Media & Information | 43,000 visitors/day |

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|---|---|---|---|---|---|
| | WISTV-TV NBC-10 [Columbia, SC]<br>📷 View Release | United States | Broadcast Media | Media & Information | 42,000 visitors/day |
| | KMOV-TV CBS-4 [St. Louis, MO]<br>📷 View Release | United States | Broadcast Media | Media & Information | 38,000 visitors/day |
| | WCSC-TV CBS-5 [Charleston, SC]<br>📷 View Release | United States | Broadcast Media | Media & Information | 34,000 visitors/day |
| | KPTV-TV FOX-12 [Beaverton, OR]<br>📷 View Release | United States | Broadcast Media | Media & Information | 33,000 visitors/day |
| | KHNL-TV NBC-8 [Honolulu, HI]<br>📷 View Release | United States | Broadcast Media | Media & Information | 33,000 visitors/day |
| | WBTV-TV CBS-3 [Charlotte, NC]<br>📷 View Release | United States | Broadcast Media | Media & Information | 32,000 visitors/day |
| | WFMZ-TV IND-69 [Allentown, PA]<br>📷 View Release | United States | Broadcast Media | Media & Information | 31,000 visitors/day |
| | KOTV-TV CBS-6 [Tulsa, OK]<br>📷 View Release | United States | Broadcast Media | Media & Information | 31,000 visitors/day |
| | WAVE-TV NBC-3 [Louisville, KY]<br>📷 View Release | United States | Broadcast Media | Media & Information | 30,000 visitors/day |
| | WAFB CBS-9 (Baton Rouge, LA)<br>📷 View Release | United States | Broadcast Media | Media & Information | 26,000 visitors/day |
| | KWTV-TV CBS-9 [Oklahoma City, OK]<br>📷 View Release | United States | Broadcast Media | Media & Information | 26,000 visitors/day |
| | KCTV-TV CBS-5 [Kansas City, MO]<br>📷 View Release | United States | Broadcast Media | Media & Information | 26,000 visitors/day |
| | KOLD-TV CBS-13 [Tucson, AZ]<br>📷 View Release | United States | Broadcast Media | Media & Information | 25,000 visitors/day |
| | WLOX-TV ABC-13 [Biloxi, MS]<br>📷 View Release | United States | Broadcast Media | Media & Information | 24,000 visitors/day |

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|------|-------------|----------|-------------|----------|-------------------:|
| | WAFF-TV NBC-48 [Huntsville, AL]<br>⬜ View Release | United States | Broadcast Media | Media & Information | 24,000 visitors/day |
| | WXIX-TV FOX-19 [Cincinnati, OH]<br>⬜ View Release | United States | Broadcast Media | Media & Information | 23,000 visitors/day |
| | WSFA-TV NBC-12 [Montgomery, AL]<br>⬜ View Release | United States | Broadcast Media | Media & Information | 21,000 visitors/day |
| | KSLA-TV CBS-12 [Shreveport, LA]<br>⬜ View Release | United States | Broadcast Media | Media & Information | 21,000 visitors/day |
| | Daily Herald [Chicago, IL]<br>⬜ View Release | United States | Newspaper | Media & Information | 21,000 visitors/day |
| | WMC-TV NBC-5 [Memphis, TN]<br>⬜ View Release | United States | Broadcast Media | Media & Information | 19,000 visitors/day |
| | WWBT-TV NBC-12 [Richmond, VA]<br>⬜ View Release | United States | Broadcast Media | Media & Information | 19,000 visitors/day |
| | KVVU-TV FOX-5 [Las Vegas, NV]<br>⬜ View Release | United States | Broadcast Media | Media & Information | 19,000 visitors/day |
| | WTOL-TV CBS-11 [Toledo, OH]<br>⬜ View Release | United States | Broadcast Media | Media & Information | 18,000 visitors/day |
| | WBRC-TV FOX-6 [Birmingham, AL]<br>⬜ View Release | United States | Broadcast Media | Media & Information | 17,000 visitors/day |
| | WRAL-TV CBS-5 [Raleigh, NC]<br>⬜ View Release | United States | Broadcast Media | Media & Information | 17,000 visitors/day |
| | Townhall Finance<br>⬜ View Release | United States | Financial News Service | Media & Information | 17,000 visitors/day |
| | Tamar Securities<br>⬜ View Release | United States | Online News Sites & Other Influencers | Financial | 17,000 visitors/day |
| | FinancialContent - PR Newswire<br>⬜ View Release | United States | Financial News Service | Media & Information | 17,000 visitors/day |

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|------|-------------|----------|-------------|----------|-------------------|
| | Rockford Register Star [Rockford, IL] <br> View Release | United States | Newspaper | Media & Information | 17,000 visitors/day |
| | Value Investing News <br> View Release | United States | Financial News Service | Financial | 17,000 visitors/day |
| | Daily Penny Alerts <br> View Release | United States | Online News Sites & Other Influencers | Financial | 17,000 visitors/day |
| | Benefit Plans Administrative Services <br> View Release | United States | Online News Sites & Other Influencers | Financial | 17,000 visitors/day |
| | Boston Herald [Boston, MA] <br> View Release | United States | Newspaper | Media & Information | 17,000 visitors/day |
| | 1st Discount Brokerage <br> View Release | United States | Financial News Service | Financial | 17,000 visitors/day |
| | KHQ-TV NBC-6 [Spokane, WA] <br> View Release | United States | Broadcast Media | Media & Information | 17,000 visitors/day |
| | WMBF-TV NBC-32 [Myrtle Beach, SC] <br> View Release | United States | Broadcast Media | Media & Information | 16,000 visitors/day |
| | WECT-TV NBC-6 [Wilmington, NC] <br> View Release | United States | Broadcast Media | Media & Information | 16,000 visitors/day |
| | WFIE-TV NBC-14 [Evansville, IN] <br> View Release | United States | Broadcast Media | Media & Information | 16,000 visitors/day |
| | WLBT-TV NBC-3 [Jackson, MS] <br> View Release | United States | Broadcast Media | Media & Information | 15,000 visitors/day |
| | WALB-TV NBC-10 [Albany, GA] <br> View Release | United States | Broadcast Media | Media & Information | 14,000 visitors/day |
| | KLTV-TV ABC-7 [Tyler, TX] <br> View Release | United States | Broadcast Media | Media & Information | 14,000 visitors/day |
| | KAIT ABC-8 (Jonesboro, AR) <br> View Release | United States | Broadcast Media | Media & Information | 14,000 visitors/day |

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|------|-------------|----------|-------------|----------|--------------------|
| | WBOC-TV CBS-16 [Salisbury, MD]<br>🖥 View Release | United States | Broadcast Media | Media & Information | 13,000 visitors/day |
| | KAKE-TV ABC [Wichita, KS]<br>🖥 View Release | United States | Broadcast Media | Media & Information | 13,000 visitors/day |
| | WOIO-TV CBS-19 [Cleveland, OH]<br>🖥 View Release | United States | Broadcast Media | Media & Information | 13,000 visitors/day |
| | KFMB-TV CBS-8 [San Diego, CA]<br>🖥 View Release | United States | Broadcast Media | Media & Information | 13,000 visitors/day |
| | KPLC-TV NBC-7 [Lake Charles-Lafayette, LA]<br>🖥 View Release | United States | Broadcast Media | Media & Information | 13,000 visitors/day |
| | KFVS-TV CBS-12 [Cape Girardeau, MO]<br>🖥 View Release | United States | Broadcast Media | Media & Information | 13,000 visitors/day |
| | WTOC-TV CBS-11 [Savannah, GA]<br>🖥 View Release | United States | Broadcast Media | Media & Information | 12,000 visitors/day |
| | WDAM-TV NBC-7 [Hattiesburg-Laurel, MS]<br>🖥 View Release | United States | Broadcast Media | Media & Information | 10,000 visitors/day |
| | One News Page Global Edition<br>🖥 View Release | Global | News & Information Service | Media & Information | 10,000 visitors/day |
| | WVUE-TV FOX-8 [New Orleans, LA]<br>🖥 View Release | United States | Broadcast Media | Media & Information | 10,000 visitors/day |
| | WRCB-TV NBC-3 [Chattanooga, TN]<br>🖥 View Release | United States | Broadcast Media | Media & Information | 9,000 visitors/day |
| | WFMJ-TV NBC-21 [Youngstown, OH]<br>🖥 View Release | United States | Broadcast Media | Media & Information | 8,000 visitors/day |
| | KTVN-TV CBS-2 [Reno, NV]<br>🖥 View Release | United States | Broadcast Media | Media & Information | 8,000 visitors/day |
| | KCBD-TV NBC-11 [Lubbock, TX]<br>🖥 View Release | United States | Broadcast Media | Media & Information | 8,000 visitors/day |

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|---|---|---|---|---|---|
| | WVIR-TV NBC-29 [Charlottesville, VA]<br>📺 View Release | United States | Broadcast Media | Media & Information | 7,000 visitors/day |
| | KXXV-TV ABC-25 [Waco, TX]<br>📺 View Release | United States | Broadcast Media | Media & Information | 7,000 visitors/day |
| | WTVM-TV ABC-9 [Columbus, GA]<br>📺 View Release | United States | Broadcast Media | Media & Information | 6,000 visitors/day |
| | KFDA-TV CBS-10 [Amarillo, TX]<br>📺 View Release | United States | Broadcast Media | Media & Information | 6,000 visitors/day |
| | KITV-TV ABC [Honolulu, HI]<br>📺 View Release | United States | Broadcast Media | Media & Information | 5,000 visitors/day |
| | Spoke<br>📺 View Release | United States | News & Information Service | Business Services | 4,000 visitors/day |
| | KRGV-TV ABC-5 [Weslaco, TX]<br>📺 View Release | United States | Broadcast Media | Media & Information | 4,000 visitors/day |
| | KAVU-TV ABC-25 [Victoria, TX]<br>📺 View Release | United States | Broadcast Media | Media & Information | 4,000 visitors/day |
| | KTRE-TV ABC-9 [Lufkin, TX]<br>📺 View Release | United States | Broadcast Media | Media & Information | 3,000 visitors/day |
| | WZVN-TV ABC-7 [Fort Myers, FL]<br>📺 View Release | United States | Broadcast Media | Media & Information | 3,000 visitors/day |
| | WICU-TV NBC-12 / WSEE-TV CBS-35 [Erie, PA]<br>📺 View Release | United States | Broadcast Media | Media & Information | 3,000 visitors/day |
| | WSIL-TV ABC-3 [Carterville, IL]<br>📺 View Release | United States | Broadcast Media | Media & Information | 2,000 visitors/day |
| | WAND-TV NBC-17 [Decatur, IL]<br>📺 View Release | United States | Broadcast Media | Media & Information | 2,000 visitors/day |
| | KWES-TV NBC-9 [Midland, TX]<br>📺 View Release | United States | Broadcast Media | Media & Information | 2,000 visitors/day |

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|------|-------------|----------|-------------|----------|--------------------|
| | KULR-TV NBC-8 [Billings, MT] ⌨ View Release | United States | Broadcast Media | Media & Information | 2,000 visitors/day |
| | myMotherLode.com [Sonora, CA] ⌨ View Release | United States | Newspaper | Media & Information | 2,000 visitors/day |
| | KOAM-TV CBS-7 [Pittsburg, KS] ⌨ View Release | United States | Broadcast Media | Media & Information | 2,000 visitors/day |
| | NewsBlaze ⌨ View Release | United States | Online News Sites & Other Influencers | Media & Information | 1,420 visitors/day |
| | Equities.com ⌨ View Release | United States | News & Information Service | Financial | 1,000 visitors/day |
| | WFLX-TV FOX-29 [West Palm Beach, FL] ⌨ View Release | United States | Broadcast Media | Media & Information | 1,000 visitors/day |
| | RFD-TV [Nashville, TN] ⌨ View Release | United States | Broadcast Media | Media & Information | 1,000 visitors/day |
| | Your Hometown Lima Stations [Lima, OH] ⌨ View Release | United States | Broadcast Media | Media & Information | 1,000 visitors/day |
| | WLNE-TV ABC-6 [Providence, RI] ⌨ View Release | United States | Broadcast Media | Media & Information | 1,000 visitors/day |
| | WICZ-TV FOX-40 [Binghamton, NY] ⌨ View Release | United States | Broadcast Media | Media & Information | 1,000 visitors/day |
| | KAUZ-TV CBS-6 [Wichita Falls, TX] ⌨ View Release | United States | Broadcast Media | Media & Information | 1,000 visitors/day |
| | KNDO-TV NBC / KNDU-TV NBC [Kennewick, WA] ⌨ View Release | United States | Broadcast Media | Media & Information | 1,000 visitors/day |
| | The Chronicle Journal [Thunder Bay, ON] ⌨ View Release | Canada | Newspaper | Media & Information | 1,000 visitors/day |
| | KSWO-TV ABC-7 [Lawton, OK] ⌨ View Release | United States | Broadcast Media | Media & Information | 1,000 visitors/day |

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|---|---|---|---|---|---|
| | KEYC-TV CBS-12 / FOX-12 [Mankato, MN]<br>View Release | United States | Broadcast Media | Media & Information | 1,000 visitors/day |
| | WFXG-TV FOX-54 [Augusta, GA]<br>View Release | United States | Broadcast Media | Media & Information | 850 visitors/day |
| | Globe Advisor<br>View Release | Canada | Newspaper | Financial | |
| | Axcess News<br>View Release | United States | Online News Sites & Other Influencers | Media & Information | |
| | 360WiseNews<br>View Release | United States | Online News Sites & Other Influencers | Media & Information | |
| | 1stCounsel<br>View Release | United States | Online News Sites & Other Influencers | Policy & Public Interest | |
| | WNKY-TV NBC-40 / CBS-40 [Bowling Green, KY]<br>View Release | United States | Broadcast Media | Media & Information | |
| | KVPH-TV FOX-29 [Lake Charles, LA]<br>View Release | United States | Broadcast Media | Media & Information | |
| | WBCB-TV CW-21 (Youngstown, OH)<br>View Release | United States | Broadcast Media | Media & Information | |
| | Our Good Life<br>View Release | United States | Blog-Parental Influencers | Retail & Consumer | |
| | Telemundo Lubbock [Lubbock, TX]<br>View Release | United States | Broadcast Media | Media & Information | |
| | Telemundo Amarillo [Amarillo, TX]<br>View Release | United States | Broadcast Media | Media & Information | |
| | SWX Right Now [Spokane, WA]<br>View Release | United States | Broadcast Media | Media & Information | |
| | Telemundo-20 [Midland, TX]<br>View Release | United States | Broadcast Media | Media & Information | |

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|------|-------------|----------|-------------|----------|-------------------|
| | SNJ Today [Millville, NJ]<br>🖥 View Release | United States | Broadcast Media | Media & Information | |
| | 96.9-FM Rock FM [Lubbock, TX]<br>🖥 View Release | United States | Broadcast Media | Media & Information | |
| | ProfitQuotes<br>🖥 View Release | United States | Financial News Service | Financial | |
| | One News Page Unites States Edition<br>🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | |
| | Oldies 97.7 FM [Lubbock, TX]<br>🖥 View Release | United States | Broadcast Media | Media & Information | |
| | NOTICIAS ETX [Tyler, TX]<br>🖥 View Release | United States | Broadcast Media | Media & Information | |
| | NewspaperGirl<br>🖥 View Release | United States | Blog | Business Services | |
| | KNBN-TV NBC-21 [Rapid City, SD]<br>🖥 View Release | United States | Broadcast Media | Media & Information | |
| | KMYL-TV MyLubbock-TV [Lubbock, TX]<br>🖥 View Release | United States | Broadcast Media | Media & Information | |
| | Maria Liberati<br>🖥 View Release | United States | Blog | Retail & Consumer | |
| | KXTQ-FM 106.5 Magic [Lubbock, TX]<br>🖥 View Release | United States | Broadcast Media | Media & Information | |
| | KLCW-TV Lubbock CW [Lubbock, TX]<br>🖥 View Release | United States | Broadcast Media | Media & Information | |
| | WHDF-TV The Valley's CW [Huntsville, AL]<br>🖥 View Release | United States | Broadcast Media | Media & Information | |
| | Latin Business Today<br>🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | |

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|---|---|---|---|---|---|
| | KUAM-TV NBC-8 / CBS-11 [Hagatna, Guam] View Release | United States | Broadcast Media | Media & Information | |
| | KFBB-TV ABC-8 / FOX-TV [Great Falls, MT] View Release | United States | Broadcast Media | Media & Information | |
| | KASA-TV Telemundo-2 [Albuquerque, NM] View Release | United States | Broadcast Media | Media & Information | |
| | Juniata County Radio View Release | United States | Broadcast Media | Media & Information | |
| | KJTV-TV FOX-34 [Lubbock, TX] View Release | United States | Broadcast Media | Media & Information | |
| | WBOC-TV FOX-21 [Salisbury, MD] View Release | United States | Broadcast Media | Media & Information | |
| | KFJX-TV FOX-14 [Pittsburg, KS] View Release | United States | Broadcast Media | Media & Information | |
| | FElizFOODIE View Release | United States | Blog | Retail & Consumer | |
| | KTTU-FM 97.3 Double T [Lubbock, TX] View Release | United States | Broadcast Media | Media & Information | |
| | Warren and Hunterdon Counties CityRoom [Warren County, NJ] View Release | United States | Online News Sites & Other Influencers | Media & Information | |
| | Greater Philadelphia CityRoom [Philadelphia, PA] View Release | United States | Online News Sites & Other Influencers | Media & Information | |
| | El Paso CityRoom [El Paso, TX] View Release | United States | Online News Sites & Other Influencers | Media & Information | |
| | KJTV-AM 950 / KJTV-FM 100.7 [Lubbock, TX] View Release | United States | Broadcast Media | Media & Information | |
| | KTMF-TV / KWYB-TV [Missoula, MT] View Release | United States | Broadcast Media | Media & Information | |

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|------|-------------|----------|-------------|----------|--------------------|
| | KLBB-FM 93.7 The Eagle [Lubbock, TX]<br>🖥 View Release | United States | Broadcast Media | Media & Information | |
| | KFMB 760-AM [San Diego, CA]<br>🖥 View Release | United States | Broadcast Media | Media & Information | |
| | KLZK-FM 107.7 YES FM [Lubbock, TX]<br>🖥 View Release | United States | Broadcast Media | Media & Information | |
| | Wine Diva Lifestyle<br>🖥 View Release | United States | Blog - Spirits, Cocktails, Beer & Wine | Retail & Consumer | |
| | US Press Association<br>🖥 View Release | United States | Industry Association Sites | Media & Information | |
| | IBTN9 US<br>🖥 View Release | Global | Online News Sites & Other Influencers | Media & Information | |
| | KQCW-TV CW-12/19 [Tulsa, OK]<br>🖥 View Release | United States | Broadcast Media | Media & Information | |
| | Tactics Magazine for Shopping Centers<br>🖥 View Release | Canada | Trade Publications | Retail & Consumer | |
| | Fat Pitch Financials<br>🖥 View Release | United States | Online News Sites & Other Influencers | Financial | |
| | Mystery Shopping Teacher<br>🖥 View Release | United States | Blog | Retail & Consumer | |
| | My Silly Little Gang<br>🖥 View Release | United States | Blog-Parental Influencers | Retail & Consumer | |
| | Winslow, Evans & Crocker<br>🖥 View Release | United States | Online News Sites & Other Influencers | Financial | |
| | Pettinga Financial<br>🖥 View Release | United States | Financial News Service | Financial | |
| | Penticton Herald [Penticton, BC]<br>🖥 View Release | Canada | Newspaper | Media & Information | |

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|------|-------------|----------|-------------|----------|--------------------|
| | Kelowna Daily Courier [Kelowna, BC]<br>🖥 View Release | Canada | Newspaper | Media & Information | |
| | Manhattanweek<br>🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | |
| | KLKN-TV ABC-8 [Lincoln, NE]<br>🖥 View Release | United States | Broadcast Media | Media & Information | |
| | KFMB 100.7 FM [San Diego, CA]<br>🖥 View Release | United States | Broadcast Media | Media & Information | |
| | KFVE-TV MyNetworkTV-5 [Honolulu, HI]<br>🖥 View Release | United States | Broadcast Media | Media & Information | |
| | JetSetting Fashionista<br>🖥 View Release | United States | Blog | Travel & Leisure | |
| | Wall Street Select<br>🖥 View Release | United States | Financial News Service | Financial | |
| | Frugal Novice<br>🖥 View Release | United States | Blog | Retail & Consumer | |
| | Company News<br>🖥 View Release | United States | Online News Sites & Other Influencers | Financial | |
| | The SPIRIT<br>🖥 View Release | United States | Newspaper | Media & Information | |
| | Wapakoneta Daily News [Wapakoneta, OH]<br>🖥 View Release | United States | Newspaper | Media & Information | |
| | Valley City Times-Record [Valley City, ND]<br>🖥 View Release | United States | Newspaper | Media & Information | |
| | The Post and Mail [Columbia City, IN]<br>🖥 View Release | United States | Newspaper | Media & Information | |
| | The Pilot News [Plymouth, IN]<br>🖥 View Release | United States | Newspaper | Media & Information | |

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|------|-------------|----------|-------------|----------|--------------------|
| | The Evening Leader [St. Marys, OH]<br>💻 View Release | United States | Newspaper | Media & Information | |
| | The Antlers American [Antlers, OK]<br>💻 View Release | United States | Newspaper | Media & Information | |
| | Sweetwater Reporter [Sweetwater, TX]<br>💻 View Release | United States | Newspaper | Media & Information | |
| | Starkville Daily News [Starkville, MS]<br>💻 View Release | United States | Newspaper | Media & Information | |
| | The Daily Press [St. Marys, PA]<br>💻 View Release | United States | Newspaper | Media & Information | |
| | Ridgway Record [Ridgway, PA]<br>💻 View Release | United States | Newspaper | Media & Information | |
| | The Punxsutawney Spirit [Punxsutawney, PA]<br>💻 View Release | United States | Newspaper | Media & Information | |
| | Poteau Daily News [Poteau, OK]<br>💻 View Release | United States | Newspaper | Media & Information | |
| | The Observer News Enterprise [Newton, NC]<br>💻 View Release | United States | Newspaper | Media & Information | |
| | Minster Community Post [Minster, OH]<br>💻 View Release | United States | Newspaper | Media & Information | |
| | Mammoth Times [Mammoth Lakes, CA]<br>💻 View Release | United States | Newspaper | Media & Information | |
| | Malvern Daily Record [Malvern, AR]<br>💻 View Release | United States | Newspaper | Media & Information | |
| | The Kane Republican [Kane, PA]<br>💻 View Release | United States | Newspaper | Media & Information | |
| | Inyo Register [Bishop, CA]<br>💻 View Release | United States | Newspaper | Media & Information | |

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|---|---|---|---|---|---|
| | The Deer Park Tribune [Deer Park, WA]<br>🖥 View Release | United States | Newspaper | Media & Information | |
| | Decatur Daily Democrat [Decatur, IN]<br>🖥 View Release | United States | Newspaper | Media & Information | |
| | Daily Times Leader [West Point, MS]<br>🖥 View Release | United States | Newspaper | Media & Information | |
| | Borger News Herald [Borger, TX]<br>🖥 View Release | United States | Newspaper | Media & Information | |
| | Big Spring Herald [Big Spring, TX]<br>🖥 View Release | United States | Newspaper | Media & Information | |
| | The Saline Courier [Benton, AR]<br>🖥 View Release | United States | Newspaper | Media & Information | |
| | The Morning News [Blackfoot, ID]<br>🖥 View Release | United States | Newspaper | Media & Information | |
| | A Rain of Thought<br>🖥 View Release | United States | Blog | Entertainment | |
| | AngelaCARES<br>🖥 View Release | United States | Online News Sites & Other Influencers | Health | |

About Cision PR Newswire    Contact    Terms of Use    Privacy    Blog

Copyright © 2018 Cision US Inc., 130 E Randolph St., 7th Floor, Chicago, IL 60601. View our Privacy Policy.