ADAM J. GUTRIDE (State Bar No. 181446)
adam@gutridesafier.com
SETH A. SAFIER (State Bar No. 197427)
seth@gutridesafier.com
KRISTEN G. SIMPLICIO (State Bar No. 263291)
kristen@gutridesafier.com
**GUTRIDE SAFIER LLP**
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: 415.271.6469
Facsimile: 415.449.6469

HASSAN A. ZAVAREEI (State Bar No. 181547)
hzavareei@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT KOLLER, CAROLYN BISSONETTE, CECE CASTORO, STEPHEN FREIMAN, DIANE GIBBS, DARLENE WILLIAMS, and ROBERT GLIDEWELL, on behalf of themselves, the general public and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MED FOODS, INC., and DEOLEO USA, INC.<br><br>Defendants. | CASE NO. 14-cv-2400 (RS)<br><br>**DECLARATION OF ELISA ODABASHIAN IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPLICATION FOR ATTORNEYS' FEES, COSTS AND INCENTIVE AWARDS**<br><br>Date: August 9, 2018<br>Time: 1:30 p.m.<br>Dept: Courtroom 3, 17th Floor<br>Judge: Hon. Richard Seeborg |

I, Elisa Odabashian, declare as follows:

1. I am the director of strategic initiatives and the West Coast Office of Consumers Union, the advocacy arm of Consumer Reports. I submit this declaration in support of the designation of Consumers Union as a proposed *cy près* beneficiary in *Koller v. Deoleo USA, Inc..*, No. 3:14-cv-02400-RS. I have been with Consumers Union for 24 years. I have personal knowledge of the facts stated herein and could testify to them if called upon to do so.

2. As the advocacy arm of Consumer Reports, Consumers Union seeks to empower consumers as they navigate their way through an increasingly complex marketplace. Consumers Union works with our content providers at Consumer Reports, as well as with other non-profit organizations across the country, to fight for a fairer, safer, and more transparent marketplace for consumers, before state legislatures and Congress, state and federal regulatory agencies, and through marketplace campaigns targeting corporate actors.

3. Consumers Union has a long history of working to educate and protect consumers in the marketplace. Since its first issue in 1936, Consumers Union has never accepted or published paid ads in Consumer Reports. Free from the pressures of advertisers and commercial influence, Consumer Reports has tackled some of the toughest safety and misleading advertising issues of the time, evaluating new products and technologies, warning consumers about potential dangers and unfounded claims by advertisers, and fighting for accurate labeling.

4. Consumers Union employs attorneys, policy analysts, grassroots organizers, researchers, media experts, and outreach specialists who advocate for consumer protections in the areas of financial services, food safety, product safety, health care, telecommunications, and clean energy. Consumers Union advocates for, sponsors and weighs in on legislation, pushes for regulatory reforms, watchdogs the implementation of new laws, runs public education and marketplace campaigns, supports and opposes state ballot measures, publishes reports that highlight original research and surveys, and provides trusted expertise in the media. More than 1.5 million e-activists have signed up to follow Consumers Union and take action on issues that impact them. Consumers Union's stories database empowers consumers to describe their experiences in the marketplace dealing with misleading advertising, and unsafe products and practices—or to describe their interactions with

good corporate actors.  We work with the story sharers to develop and fact-check their stories, and with permission, provide them to reporters who are writing about a particular problem in the marketplace, and to legislators who are looking for examples of the problem their legislation is endeavoring to fix.  People who share their stories with us become some of Consumers Union's most active and engaged volunteers.

5. Consumers Union has long been on the cutting edge of reporting risks and advocating for transparency and improvements in quality and safety of the consumer marketplace, fights for accurate labeling and consumer protections in the products and services that consumers often encounter in the marketplace, and is tireless in its efforts on behalf of its only constituency—the public.  Accordingly, Consumers Union has extensive consumer protection and advocacy experience within the field of food labeling and advertising.  For example, Consumers Union has been working to educate consumers and lawmakers about (1) misleading claims on food product labels, (2) food labeling laws that could clarify the terms "healthy" and "natural," (3) unexpected "junk" foods and potentially misleading food labeling claims, (4) hidden sources of sodium in food products, and (5) the need for transparency in "organic"[1] and GMO labeling.  Thus, Consumers Union can and intends to direct any *cy près* award received pursuant to forward its work in the accuracy and transparency of food labeling and advertisements.

6. I am generally familiar with the subject matter of this litigation and the composition of the class. Consumers Union has advocates and content providers working throughout the United States and can ensure that *cy près* funded consumer protection services reach a broad spectrum of consumers throughout the United States.  Accordingly, directing *cy près* funds to Consumers Union presents a unique opportunity to contribute funds to an organization working directly on the issues relevant to this action and on behalf of all proposed class members.

7. Over decades, Consumers Union and Consumer Reports have amassed a wide body of work on the mislabeling of foods. As it relates specifically to olive oil, Consumer Reports has published a number of pieces, including one from 1942 on Oily Olive-Oil Claims,[2] from 2004 entitled,

---

[2] https://www.consumerreports.org/food-safety/food-fights-fouls-and-victories/

Olive Oil: A Cheap Bottle Beats A Pricier Lineup,[3] from 2012 on How To Find The Best Extra-Virgin Olive Oil,[4] and from 2013 assessing how processing impacts the risks and benefits of olive oil, entitled, Fat Facts and Fat Fiction.[5]

8.  Consumers Union has been approved by courts as a cy pres recipient in several other class action law suits, including: *Aurora Dairy Corp. Organic Milk Marketing & Sales Practices*, 4:08-md-01907-ERW (E.D. Mo.); *Beck-Ellman v. Kaz*, 10cv2134H (DHB) (S.D. Cal.); *Dennis v. Kellogg*, 09-CV-1786-L (WMc) (S.D. Cal.); *Gay v. Tom's of Maine*, 14-cv-60604-KMM (S.D. Fla.); *Miller v. Ghirardelli*, 12-cv-04936-LB (N.D. Cal.); *Trammell v. Barbara's Bakery*, 12-cv-02664-CRB (N.D. Cal.).

This declaration was executed this 28th day of June, 2018, at San Francisco, California. I state the foregoing under penalty of perjury under the laws of the United States.

_____
Elisa Odabashian

---

[3] https://consumersunion.org/research/olive-oil-a-cheap-bottle-beats-a-pricier-lineup/

[4] https://www.consumerreports.org/cro/magazine/2012/09/how-to-find-the-best-extra-virgin-olive-oil/index.htm

[5] https://www.consumerreports.org/cro/2013/02/fat-facts-and-fat-fiction/index.htm