ADAM J. GUTRIDE (State Bar No. 181446)
adam@gutridesafier.com
SETH A. SAFIER (State Bar No. 197427)
seth@gutridesafier.com
KRISTEN G. SIMPLICIO (State Bar No. 263291)
kristen@gutridesafier.com
**GUTRIDE SAFIER LLP**
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: 415.271.6469
Facsimile: 415.449.6469

HASSAN A. ZAVAREEI (State Bar No. 181547)
hzavareei@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT KOLLER, CAROLYN BISSONETTE, CECE CASTORO, STEPHEN FREIMAN, DIANE GIBBS, DARLENE WILLIAMS, and ROBERT GLIDEWELL, on behalf of themselves, the general public and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MED FOODS, INC., and DEOLEO USA, INC.<br><br>Defendants. | CASE NO. 14-cv-2400 (RS)<br><br>**DECLARATION OF REBECCA SPECTOR IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPLICATION FOR ATTORNEYS' FEES, COSTS AND INCENTIVE AWARDS**<br><br>Date: August 9, 2018<br>Time: 1:30 p.m.<br>Dept: Courtroom 3, 17th Floor<br>Judge: Hon. Richard Seeborg |

I, Rebecca Spector, declare as follows:

1. I am the West Coast Director for the Center for Food Safety ("CFS"). I make this declaration on my own personal knowledge and could testify competently to the facts stated herein.

2. CFS is a nonprofit, public interest organization with over 900,000 members across the country, including more than one hundred thousand in California. CFS is dedicated to protecting our food, farmers and the environment. A flagship program of CFS is transparency in our food system and protecting the public's right to know. CFS has spearheaded U.S. public interest work in this area since the organization's inception in 1997. This work has two major components: promoting product labeling and process transparency for consumers; and ensuring that labeling is accurate and not misleading. To fulfill this mission, CFS has offices in Washington DC, San Francisco, CA, and Portland, OR, with twenty full-time employees, including legal, science, policy, public outreach and communications staffing.

3. For the past two decades, CFS has been a public interest leader in numerous important labeling arenas and campaigns. These include but are not limited to: ongoing efforts to ensure accurate, comprehensive nutrition labeling on food products; food safety and food recall disclosures, including under the Food Safety Modernization Act of 2011; maintaining and expanding country of origin labeling (COOL); establishing mandatory labeling for food products produced through genetic engineering; establishing the "Certified Humane" label; and long-term efforts to establish parameters for labeling foods as "Local" and "Climate Friendly." CFS also helped establish the original 2001 USDA Organic labeling standards, and has vigilantly protected their integrity. As such, CFS is relied on nationally and internationally as a principal source of policy, legal and scientific expertise for the organic movement.

4. CFS's program efforts in these relevant areas include but are not limited to: regulatory and legislative drafting; policymaker, stakeholder, and public education; publication of books and articles promoting the public's right to know; the building and spearheading of broad coalitions; market campaigns; establishing science-based standards and practices for labels; and grassroots organizing. CFS also targets false and misleading labeling. Among recent actions CFS has taken on this front are significant public education and media efforts to inform consumers about the misleading

nature of the unregulated "natural" label.

5.  I am generally familiar with the subject matter of this litigation and the composition of the class. I understand that the settling parties have agreed, with approval of the court to direct settlement funds cy pres to CFS. If granted an award CFS will devote such funds to the most relevant projects to the underlying litigation that produced the award, and I believe that the donation will benefit the class and advance the purposes for which the lawsuit was brought. To summarize, this includes but is not limited to our continuing, extensive work to defend and improve the integrity of product ingredient labeling and various product labels; public "Right to Know" education for food products; and scientific and legal efforts to improve oversight and labeling of food products and their ingredients. This involves both major campaigns for more extensive labeling of ingredients and targeting false and misleading labeling.

6.  CFS has been approved by courts as a cy pres recipient in at least one other class action law suit: Golloher v. Todd Christopher International, Inc. (N.D. Cal. Case No. 3:12–cv–06002–RS).

This declaration was executed this 28th day of June, 2018, at San Francisco, California. I state the foregoing under penalty of perjury under the laws of the United States.

*Rebecca Spector*
_____
Rebecca Spector