RECEIVED
JUL -9 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# Wanda J. Cochran
1385 Russell Drive
Streetsboro, Ohio  44241
(330) 414-9322

Clerk of Courts
U.S. District Court
Northern District of California
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Re:   *Koller v. Deoleo*, Case No. 3:14-cv-02400-RS (N.D. Cal.)
      Notice of Objection to Motion for Attorneys' Fees

Dear Sir or Madam:

Pursuant to the official notice in the above-captioned class settlement, I hereby register my objection to class counsel's request to receive 30% of the settlement fund as attorneys' fees. Considering all relevant factors, I believe they should be awarded no more than 25% of the fund. In further compliance with the notice:

1. I am not relying on any particular documents.
2. I will not attend the final approval hearing.
3. Neither will I call any witnesses to testify.
4. I am not represented by an attorney at this time.
5. Neither is any attorney entitled to compensation.
6. The only other objection filed in the last 5 years I can think of is *Demmick, et al. v. Cellco Partnership d/b/a Verizon Wireless*, No. 06-2163 (DC New Jersey).

I hereby swear, under penalty of perjury, that I purchased one or more of the qualifying products during the class period.

Sincerely,

*Wanda J. Cochran*
Wanda J. Cochran
Class Member/Objector