Caroline V. Tucker, Esq. (SBN 261377)
**TUCKER | POLLARD**
Attorneys at Law
556 N. Diamond Bar Blvd., Ste. 213
Diamond Bar, CA 91765
(909) 396-1800 – telephone
(949) 269-6401 – facsimile

*Attorneys for Objector*
JUSTIN FERENCE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT KOLLER, on behalf of himself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MED FOODS, INC., AND DEOLEO USA, INC.<br><br>Defendants. | Case No. 14-cv-2400 (RS)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES AND THEIR ATTOREYS OF RECORD:

PLEASE TAKE NOTICE that CAROLINE V. TUCKER, ESQ. of TUCKER | POLLARD, Attorneys at Law, hereby enters her appearance in this matter on behalf of Justin Ference.

**NOTICE OF APPEARANCE**

Please add the following contact information for all future emails, correspondence, documents, court filings and proofs of service related to the above-captioned matter:

Caroline V. Tucker, Esq.
**TUCKER | POLLARD**
Attorneys at Law
556 N. Diamond Bar Blvd., Ste. 213
Diamond Bar, CA 91765
(909) 396-1800 – telephone
(949) 269-6401 – facsimile
ctucker@tuckerpollard.com

DATED: July 25, 2018

Respectfully submitted,

/s/ Caroline Tucker

_____
Attorneys for Objector
Justin Ference

**NOTICE OF APPEARANCE**

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on July 25, 2018 and served by the same means on all counsel of record.

/s/ Caroline Tucker