ADAM J. GUTRIDE (State Bar No. 181446)
adam@gutridesafier.com
SETH A. SAFIER (State Bar No. 197427)
seth@gutridesafier.com
KRISTEN G. SIMPLICIO (State Bar No. 263291)
kristen@gutridesafier.com
**GUTRIDE SAFIER LLP**
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: 415.271.6469
Facsimile: 415.449.6469

HASSAN A. ZAVAREEI (State Bar No. 181547)
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT KOLLER, CAROLYN BISSONETTE, CECE CASTORO, STEPHEN FREIMAN, DIANE GIBBS, DARLENE WILLIAMS, and ROBERT GLIDEWELL, on behalf of themselves, the general public and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MED FOODS, INC., and DEOLEO USA, INC.<br><br>Defendants. | CASE NO. 14-cv-2400 (RS)<br><br>**DECLARATION OF SETTLEMENT ADMINISTRATOR** |

I, TROY WALITSKY, hereby declare under penalty of perjury as follows:

1. I am a project manager at the class action notice and settlement administration firm, Angeion Group, LLC ("Angeion"). I am fully familiar with the facts contained herein based upon my personal knowledge.

2. The purpose of this declaration is to supplement Angeion's declaration filed on June 28, 2018, as docket number 160-3, and to provide the Court with an update on the number and dollar amount of claims received to date, pursuant to the Court's Order Granting Motion for Preliminary Approval of Settlement, filed on April 16, 2018, and the Court's Further Order re Preliminary Approval of Class Action Settlement, Setting Dates for Final Approval, filed on April 24, 2018.

**SETTLEMENT WEBSITE**

3. On May 17, 2017, Angeion established the following website devoted to this Settlement: www.oliveoilsettlement.com. The Settlement Website contains general information about the Settlement, Court documents, a downloadable Claim Form, a downloadable and HTML searchable Long-Form Notice, and important dates and deadlines pertinent to this Settlement. Settlement Class Members can send an email to a dedicated email address, info@oliveoilsettlement.com, with questions pertaining to the Settlement.

4. As of July 23, 2018, the Settlement Website has had 317,522 unique visitors, totaling 2,259,735 page-views.

**CLAIM FORM SUBMISSIONS**

5. The deadline for Settlement Class Members to submit a Claim Form is 30 days after Final Approval is granted. As July 20, 2018, Angeion has received 171,121 Claim Form submissions totaling 1,087,452 products claimed based on those submissions. The total minimum value for the products claimed on the claim form submissions is $1,556,186. The capped total maximum value for the products claimed on the claim form submissions is $5,575,833. Please note: These totals are subject to final review and audits, including documentation review for documented purchases,

as well as duplicate and anti-fraud audits, which will be conducted at the conclusion of the Claim Form deadline. Angeion will continue to keep the Parties apprised of the number of Claim Form submissions through the Claim Form deadline.

**REQUESTS FOR EXCLUSION & OBJECTIONS**

6. The deadline to request exclusion from the Settlement or to object to the Settlement was July 12, 2018. As of July 20, 2018, Angeion has received 60 requests for exclusion. Those exclusions were previously reported in Angeion's declaration filed on June 28, 2018 and that list is also attached hereto as Exhibit "A". Angeion shall inform the parties of any requests for exclusion received after the date of this declaration.

7. As of July 20, 2018, Angeion has not received any objections mailed directly to Angeion. The Parties informed Angeion that two objections to the Settlement were filed with the Court as docket numbers 161 and 162, respectively. As of July 24, 2018, objector Wanda J. Cochran had not submitted a claim form.

**ADMINISTRATION COSTS**

8. Through June 2018, Angeion has incurred approximately $432,700.00 in administration costs. Angeion will keep the Parties apprised of additional administration expenses incurred, including the cost to distribute settlement benefits to eligible class members, once that final count is known.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: July 26, 2018

TROY WALITSKY

# Exhibit A

| NUMBER | NAME |
|---|---|
| 1 | ALEX PARK |
| 2 | ANNETTE MILLER |
| 3 | ANTONIA RODRIGUEZ |
| 4 | AUDREY VANG |
| 5 | BETTY STREETER |
| 6 | BONNIE JONES |
| 7 | BRITTAINY JOHNSON |
| 8 | CATHERINE TAYLOR |
| 9 | CHRISTINE BOWIE |
| 10 | CHRISTOPHER AKINYEMI |
| 11 | CRYSTAL POORE |
| 12 | DAN PFLEEGOR |
| 13 | DON PHILLIPS |
| 14 | FAY WILLIAMS |
| 15 | GLORIA JONES |
| 16 | IRVIN BOHRER |
| 17 | JACLYN TRIBBEY |
| 18 | JERI E GRIFFIN |
| 19 | JESSICA BREHM |
| 20 | JESUS DEJESUS |
| 21 | JOE TARANTINO |
| 22 | JOHN TAYLOR |
| 23 | JON HENDERSON |
| 24 | JOYCE MAZZA |
| 25 | JUANITA ROMO |
| 26 | KARAUNDA FREDERICK |
| 27 | KENYETTA RICHARD |
| 28 | KIRTI PATEL |
| 29 | KRISTY SHIPP |
| 30 | LARRY ROWAN |
| 31 | LASHON JONES |
| 32 | LAURIEANN MALONEY |
| 33 | LYNN LOCASCIO |
| 34 | MARGARET MARSHALL |
| 35 | MARY KOSKI |
| 36 | MARY RODRIGUEZ |
| 37 | MELISSA HAMMONS |
| 38 | MICHELE DENILLO |
| 39 | MICHELLE BLAKENEY |
| 40 | MILO ROLAND |
| 41 | MIYELIN DELGADO |
| 42 | NICHOLAS COOK |
| 43 | PAT TROTTER |
| 44 | QUEEN KING |
| 45 | ROSEMARY WILLIAMS HENDRICKS |
| 46 | SABRINA ZUNIGA |

| NUMBER | NAME |
|---:|---|
| 47 | SANDRA SANDERSON |
| 48 | SARAH WEBB |
| 49 | SHAKILA WALKER |
| 50 | SHERRY MEADOWS |
| 51 | SUSAN CZAP |
| 52 | SYLVIA CALLEROS |
| 53 | TANISHA WALKER |
| 54 | TINA EVETTE MENDOZA |
| 55 | TONYA BAXTER |
| 56 | TRACEY PATHAMMAVONG |
| 57 | TRENA MCGREGORY |
| 58 | TRICHEL WILLIAMS |
| 59 | TUAN PHAM |
| 60 | WILLIAM DAKER |