**TUCKER | POLLARD**
Attorneys at Law
Caroline V. Tucker, Esq. (State Bar No. 261377)
556 N. Diamond Bar Blvd., Ste. 213
Diamond Bar, CA 91765
(909) 396-1800 phone
(949) 269-6401 facsimile
ctucker@tuckerpollard.com

*Attorneys for Objector*
JUSTIN FERENCE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT KOLLER, on behalf of himself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MED FOODS, INC., AND DEOLEO USA, INC.<br><br>Defendants. | Case No. 14-cv-2400 (RS)<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Justin Ference, Objector, in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Final Approval of Class Action Settlement and Judgment [DE 169] entered on 8-29-18. We will require transcripts. We will not request to expedite the appeal. This filing is in compliance with FRAP 27.

Date: 9-27-18

| | |
|---|---|
| 1 | Tucker | Pollard |
| 2 | |
| 3 | By: _Caroline Tucker_ (signature) |
| 4 | |
| 5 | Caroline Tucker |
| 6 | *Attorney for Objector* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on September 27, 2018, and served by the same means on all counsel of record.

/s/ Caroline Tucker

_____

Caroline Tucker

**NOTICE OF APPEAL;** Case No. 14-cv-2400 (RS)